

CLERK, U.S BANKRUPTCY COURT
DISTRICT OF OREGON

FEB 1 9 2009

LODGED____ REC'D____
PAID____ DOCKETED____

*Electrical,*
*Refrigeration*
*Small Engine*

**ASE Supply, Inc.**

Parts:
 Wats: 800 289-2737
 Local: 503 288-0100

Shop:
 Local: 503 288-4416

Fax:
 Wats: 800 214-6745
 Local: 503 288-4328

Web:
 http://www.asesupply.com
E-Mail:
 ase@asesupply.com

**Thermo By Products**

Parts:
 Wats: 800 787-6977
 Local: 503 255-2521

Fax:
 Wats: 800 557-5804
 Local: 503 288-4328

E-Mail:
 thermobypr@aol.com

**Administration:**

Phone:
 Local: 503 288-4866

Address:
 2321 NE Argyle, Suite C
 Portland, OR 97211

February 17, 2009

US Bankruptcy Court
405 E 8th Ave.
Eugene, OR 97401

Dear Sirs;

Please add our company to the mailing matrix for case number 09-60419-AER11. Mailings should be sent as follows:

ASE Supply, Inc.
Attn: Brent Grabinger
PO Box 30599
Portland, OR 97294-3599

Thank you for your attention to this matter.

Regards,

Brent Grabinger
President