**Wilson C. Muhlheim**, OSB #681114
muhlheim@mb-lawoffice.com
**Loren S. Scott**, OSB #024502
scott@mb-lawoffice.com
Muhlheim Boyd, LLP
88 East Broadway
Eugene, OR 97401
Telephone: 541-868-8005
Facsimile: 541-868-8004

and

**David B. Kurzweil,** Ga. Bar No. 430492
kurzweild@gtlaw.com
**John J. Dyer**, Ga. Bar No. 236844
dyerj@gtlaw.com
Greenberg Traurig, LLP
The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Telephone: 678-553-2100
Facsimile: 678-553-2212
       Attorneys for Plaintiffs

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. **09-60419-aer11** |
| **Country Coach, LLC**, a Delaware limited liability company, | INVOLUNTARY CHAPTER 11 |
| Debtor. | **MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF JAY HOWARD** |

      Pursuant to Federal Rules of Bankruptcy Procedure 2004, Wells Fargo Bank, National Association ("**Wells Fargo**"), acting through its Wells Fargo Business Credit operating division, a secured creditor herein, moves this Court for an Order requiring JAY HOWARD to appear at **10:30 a.m. on March 12, 2009**, at the conference room of Muhlheim Boyd, LLP, 88 East Broadway, Eugene, OR 97401, and to testify regarding:

**MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF
JAY HOWARD -** Page **1** of **4**

1.      The property of the alleged debtor, including, but not limited to:

   a.      The finished coach inventory;

   b.      Work in progress inventory including, but not limited to the number of coaches in process, but not yet completed;

   c.      Raw materials inventory;

   d.      Furniture, fixtures and equipment;

   e.      Any claims that the prospective bankruptcy estate might assert to recover transfers to creditors and insiders of the alleged debtor; and

   f.      For the period of 48 months preceding the filing of the involuntary petition, the existence and contents of any appraisals of the alleged debtor's assets.

2.      The post-petition expenses of the alleged debtor including, but not limited to, all occupancy costs, utility costs, insurance costs and payroll. If any such expenses have been paid post-petition, the identity and amount of each such payment and the source of funds to make such payments. If the expenses have not been paid, the amount accrued for such expenses and the identity of and accrued amount owed to each creditor.

3.      The existing or prospective source of funds to pay administrative expenses of the alleged debtor before confirmation of a plan of reorganization.

4.      The existing or prospective source of funds for use by a reorganized debtor.

5.      Transfers, exclusive of wages and salaries reported on Form W-2, to insiders of the alleged debtor within the 24 months preceeding the date the prospective petition was filed in this case.

6.      The identities of:

**MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF**
**JAY HOWARD -** Page **2** of **4**

     a.    each officer of the alleged debtor;

     b.    any member who owns any interest in the alleged debtor;

     c.    if any member described in subpart 6.b. is an entity, the identity of any individual empowered to act on behalf of such member; and

     d.    any other person or entity legally entitled to participate in management of the alleged debtor or to act on behalf of the alleged debtor.

Movant further requests an order of this court directing the above named party to produce to Movant, before the close of business on the third day preceding the date for the examination, any record or document related to the subject matter of the examination. Production shall be made at the offices of Muhlheim Boyd, LLP, 88 East Broadway, Eugene OR 97401.

### COMPLIANCE WITH LBR 2004-1.B

To the best of Movant's knowledge, neither the alleged debtor nor the person who is the subject of this motion is represented by counsel. As a result, Movant has not conferred with adverse counsel. Movant will cooperate, to the extent practical, with rescheduling the examinations after service.

This motion is supported by the Declaration of Wilson C. Muhlheim filed herewith.

DATED this 20th day of February, 2009.

          /s/ Wilson C. Muhlheim
          Wilson C. Muhlheim, OSB# 681114
          muhlheim@mb-lawoffice.com
          Loren S. Scott, OSB #024502
          scott@mb-lawoffice.com
          Muhlheim Boyd, LLP
          88 East Broadway
          Eugene, OR 97401
          Telephone: (541) 868-8005

**MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF
JAY HOWARD -** Page **3** of **4**

Facsimile:   (541) 868-8004

and

David B. Kurzweil, Ga. Bar No. 430492
kurzweild@gtlaw.com
John J. Dyer, Ga. Bar No. 236844
dyerj@gtlaw.com
Greenberg Traurig, LLP
The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Telephone: 678-553-2100
Facsimile: 678-553-2212

Attorneys for Wells Fargo

**MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF
JAY HOWARD -** Page **4** of **4**

CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of February, 2009, I directed my staff to serve the foregoing MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF JAY HOWARD, by depositing in the United States mail at Eugene, Oregon full and complete copies thereof, by first class mail, postage prepaid, hand delivered, or by email where indicated, addressed to the following:

| | |
|---|---|
| Country Coach LLC<br>POB 400<br>Junction City, OR 97448 | David B. Kurzweil<br>kurzweild@gtlaw.com<br>John J. Dyer<br>dyerj@gtlaw.com |
| Country Coach, LLC<br>c/o Paul V. Vaughan, Registered Agent<br>180 East 11th Avenue<br>Eugene, OR 9740 | Greenberg Traurig, LLP<br>The Forum<br>3290 Northside Parkway, Suite 400<br>Atlanta, GA 30327 |
| William R Potter<br>wpotter@agsprp.com<br>Arnold Gallagher et al<br>PO Box 1758<br>Eugene OR  97440 | Peter S. Kravitz<br>pkravitz@giantrv.com<br>Giant RV<br>9150 Benson Avenue<br>Montclair, CA 91763 |
| Lawrence B. Hunt<br>lbh@huntpc.com<br>Hunt & Associates PC<br>101 SW Main St. Ste. 805<br>Portland, OR 97204 | ASE Supply Inc<br>Attn Brent Grabinger<br>POB 30599<br>Portland, OR 97294-3599 |

  I hereby certify that on the 20th day of February, 2009, my staff determined from the United States Bankruptcy Court electronic case filing system that the following parties will be served electronically via ECF:

CODY HOESLY choesly@larkinsvacura.com, lniknabard@larkinsvacura.com
WILLIAM L LARKINS wlarkins@larkinsvacura.com, phollands@larkinsvacura.com
CARTER M MANN mannc@fosterpdx.com, erwil@fosterpdx.com
WILSON C MUHLHEIM ecf@mb-lawoffice.com
R SCOTT PALMER rspalmer@wlrlaw.com, cpivoda@wlrlaw.com;lsharkey@wlrlaw.com
ROBERT S RUSSELL russell@gleaveslaw.com, kirsten@gleaveslaw.com
DOUGLAS R SCHULTZ schultz@gleaveslaw.com, kirsten@gleaveslaw.com
LOREN S SCOTT ecf@mb-lawoffice.com
US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
MINDY L WITTKOP mwittkop@dgnmw.com, jbellman@dgnmw.com

            MUHLHEIM BOYD, LLP

        By: /s/ Wilson C. Muhlheim
           Wilson C. Muhlheim, OSB #681114
           Of Attorneys for Wells Fargo, N.A.