Brandy A. Sargent, OSB No. 045713
David B. Levant, *admitted pro hac vice*
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480
basargent@stoel.com
dblevant@stoel.com

Thomas A. Huntsberger, OSB No. 761804
Thomas A. Huntsberger PC
870 West Centennial Boulevard
Springfield, OR 97477
Telephone: (541) 746-6574
Facsimile: (541) 746-3201
tahunts@callatg.com

ATTORNEYS FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>COUNTRY COACH, LLC,<br><br>              Debtor. | Case No. 09-60419-aer11<br><br>Chapter 11<br><br>NOTICE OF FILING CASE MANAGEMENT DOCUMENTS – DEBTOR'S INSURANCE POLICIES |

PLEASE TAKE NOTICE that debtor Country Coach, LLC has filed the attached documents with the Bankruptcy Court to facilitate review by parties in interest in this case:

- CNA Commercial General Liability Policy No. 2083559393

- CNA Garage Coverage Form Policy No. 2083559393

DATED:  April 14, 2009

STOEL RIVES LLP

/s/ Brandy A. Sargent
Brandy A. Sargent, OSB No. 045713
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480
basargent@stoel.com

Attorneys for Debtor

Page 1    -    NOTICE OF FILING CASE MANAGEMENT DOCUMENTS – DEBTOR'S INSURANCE POLICIES

| AGENT | NEW | REPLACEMENT OF |
|---|---|---|
| THE HAUSER GROUP | [] | RENEWAL OF GL 2083559393 |

# COMMERCIAL GENERAL
## LIABILITY COVERAGE PART
### DECLARATIONS



CNA
CNA PLAZA
CHICAGO IL 60685

| Item 1. | PRODUCER NO. | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|---|
| | 051673 | 690 | GL | 2083559393 |

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A Stock insurance company, herein called the company)

NAMED INSURED & ADDRESS:
(Number & Street, Town, County, State & Zip Code)
**COUNTRY COACH, INC.**
**135 E. 1ST AVENUE**
**JUNCTION CITY, OR  97448**

NAMED INSURED IS:
[] INDIVIDUAL          [] PARTNERSHIP          [X] CORPORATION
[] JOINT VENTURE          [] OTHER

[X] **Continental Casualty Company**

[ ] **National Fire Insurance Company of Hartford**

[ ] **American Casualty Company of Reading, Pa.**

[ ] **Transportation Insurance Company**

[ ] **Transcontinental Insurance Company**

[ ] **Valley Forge Insurance Company**

| 2. | Policy Period: From:  **08-01-2008   To:  08-01-2009**
This Policy becomes effective and expires at 12:01 a.m.
Standard Time at your Mailing Address Shown Above. |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS CONTAINED HEREIN WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED.

| 3. | AUDIT PERIOD IS ANNUAL UNLESS OTHERWISE STATED. |

| 4. | LIMITS OF INSURANCE: |

EACH OCCURRENCE LIMIT    $    1,000,000          FIRE DAMAGE LIMIT          $      200,000
                                                                                                                ANY ONE FIRE.

PERSONAL AND                                                          PRODUCTS-COMPLETED
ADVERTISING INJURY LIMIT  $    1,000,000          OPERATIONS AGGREGATE LIMIT  $    2,000,000

MEDICAL EXPENSE LIMIT    $      15,000                                                          $
                                        ANY ONE PERSON.

                                                                                    GENERAL AGGREGATE LIMIT
                                                                                    (OTHER THAN PRODUCTS-          $    2,000,000
                                                                                    COMPLETED OPERATIONS)

| 5. | BUSINESS DESCRIPTION:          **CAMPERS MFG-SELF-POWERED** |

LOCATION OF EACH PREMISE(S)
YOU OWN, RENT, OR OCCUPY:    PER SCHEDULE ON FILE WITH COMPANY

| 6. | FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:          Premium: |

IL 0021-Broad Form Nuclear Exclusion                                      $  285,740.

**SEE ENDORSEMENT #1**

| 7. | YEAR IN TRANSITION PROGRAM: |

| 8. | PREMIUM FOR THIS COVERAGE PART |

Premium shown is payable at inception: $  26,437.

| 9. | The declarations and the general declarations, if applicable, together with the common policy conditions, coverage form(s) and endorsements, if any, issued to form a part thereof, complete the above numbered policy. |

Countersigned: _____          By: _____
                            Date                                                          Authorized Agent

G-55170-A
(Ed. 1/86)

*Swthe hew Kf*
Chairman of the Board

*Jonathan Kanton*
Secretary



For Attachment to Policy No. __GL 2083559393__

**The Additional Declarations and Schedule Below Are an Extension of Those Issued in Connection with Commercial General Liability Insurance Coverage Part.**

### LIMITS OF INSURANCE

| | |
|---|---|
| Each Occurrence Limit | $<u>SEE DECLARATION PAGE</u> |
| Personal & Advertising Injury Limit | $<u>SEE DECLARATION PAGE</u> |
| Medical Expense Limit | $<u>SEE DECLARATION PAGE</u> Any One Person |
| Fire Damage Limit | $<u>SEE DECLARATION PAGE</u> Any One Fire |
| Products-Completed Operations Aggregate Limit | $<u>SEE DECLARATION PAGE</u> |
| General Aggregate Limit (Other Than Products-Completed Operations) | $<u>SEE DECLARATION PAGE</u> |

| SCHEDULE | | | | |
|---|---|---|---|---|
| DESCRIPTION OF HAZARDS (and location if different from address shown in item 1 of declarations) | CODE NO. | Premium Bases As Described in the Schedule | <u>RATES</u> Bodily Injury And Property Damage | <u>ADVANCE PREMIUM</u> Bodily Injury And Property Damage |
| PREMISES/OPERATIONS<br><br><br><br><br>INCLUDED IN COMPOSITE RATE | | (A) Area<br><br>(P) Payroll<br><br>(S) Gross Sales | (A) Per 1,000 sq. ft. of Area<br>(P) Per $1,000 Payroll<br>(S) Per $1,000 of Gross Sales | |
| PRODUCTS/COMPLETED OPERATION<br><br><br><br>INCLUDED IN COMPOSITE RATE | | (P) Payroll<br><br>(S) Gross Sales | P) Per $1,000 of Payroll<br><br>(S) Per $1,000 of Gross Sales | |

G-55172-A  (ED. 1/86)                                       Sub-Total



## RATING BASIS

A=Area
B=Admissions
C=Each
S=Gross Sales

P=Payroll
F=Cost of Work
G=Units

### RATING BASES

A=Per 1,000 sq. ft.
B=Per Person Admitted
C=Per Entity Described

S=Per $1,000 Sales
P=Per 1,000 Payroll
F=Cost of Work
G=Per Dwelling Unit

### When used as a Premium Bases:

"Gross Sales" means the gross amount of money charged by the Named Insured, by the concessionaries of the Named Insured or by others trading under his name for goods or products sold or operations performed. This does not include receipts for telecasting, broadcasting, motion pictures or taxes which the Named Insured collects as a separate item and remits to the Government.

"Cost of Work" means the total cost of the Named Insured of all work let or sublet in connection with each specific project. This includes the cost of all labor, material and equipment furnished, used or delivered for use in the execution of the work and all fees, bonuses or commissions made, paid or due.

"Payroll" means the total remuneration for services rendered by an Employee, whether paid in money or substitutes for money, subject to the rules contained in the Commercial Lines Manual.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to

"bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others

Copyright, ISO Properties, Inc., 2003

for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat,

smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

    Copyright, ISO Properties, Inc., 2003

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    **(b)** the operation of any of the machinery or equipment listed in Paragraph f.**(2)** or f.**(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including

prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    Copyright, ISO Properties, Inc., 2003    CG 00 01 12 04

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

 Copyright, ISO Properties, Inc., 2003

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

Copyright, ISO Properties, Inc., 2003

    (1) First aid administered at the time of an accident;

    (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    (3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

  **a.** All expenses we incur.

  **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

  **e.** All costs taxed against the insured in the "suit".

  **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

  **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

  **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

  **b.** This insurance applies to such liability assumed by the insured;

  **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

  **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

  **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

  **f.** The indemnitee:

    (1) Agrees in writing to:

      (a) Cooperate with us in the investigation, settlement or defense of the "suit";

      (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

      (c) Notify any other insurer whose coverage is available to the indemnitee; and

      (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    (2) Provides us with written authorization to:

Copyright, ISO Properties, Inc., 2003

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.**, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership,

joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

(a) Owned, occupied or used by, or

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That

representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will

compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

## 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

## 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

          Copyright, ISO Properties, Inc., 2003

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

         Copyright, ISO Properties, Inc., 2003         CG 00 01 12 04

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   **(a)** When all of the work called for in your contract has been completed.

   **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on,

created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        **(2)** The providing of or failure to provide warnings or instructions.

Copyright, ISO Properties, Inc., 2003

**INTERLINE**
IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
    TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury"
      or "property damage":
      (1) With respect to which an "insured" under the
          policy is also an insured under a nuclear
          energy liability policy issued by Nuclear
          Energy Liability Insurance Association,
          Mutual Atomic Energy Liability Underwriters,
          Nuclear Insurance Association of Canada or
          any of their successors, or would be an
          insured under any such policy but for its
          termination upon exhaustion of its limit of
          liability; or
      (2) Resulting from the "hazardous properties" of
          "nuclear material" and with respect to which
          (a) any person or organization is required to
          maintain financial protection pursuant to the
          Atomic Energy Act of 1954, or any law
          amendatory thereof, or (b) the "insured" is,
          or had this policy not been issued would be,
          entitled to indemnity from the United States
          of America, or any agency thereof, under
          any agreement entered into by the United
          States of America, or any agency thereof,
          with any person or organization.
   B. Under any Medical Payments coverage, to
      expenses incurred with respect to "bodily injury"
      resulting from the "hazardous properties" of
      "nuclear material" and arising out of the
      operation of a "nuclear facility" by any person or
      organization.
   C. Under any Liability Coverage, to "bodily injury"
      or "property damage" resulting from "hazardous
      properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear
          facility" owned by, or operated by or on
          behalf of, an "insured" or (b) has been
          discharged or dispersed therefrom;
      (2) The "nuclear material" is contained in "spent
          fuel" or "waste" at any time possessed,
          handled, used, processed, stored,
          transported or disposed of, by or on behalf
          of an "insured"; or
      (3) The "bodily injury" or "property damage"
          arises out of the furnishing by an "insured"
          of services, materials, parts or equipment in
          connection with the planning, construction,
          maintenance, operation or use of any
          "nuclear facility", but if such facility is located
          within the United States of America, its
          territories or possessions or Canada, this
          exclusion (3) applies only to "property
          damage" to such "nuclear facility" and any
          property thereat.
2. As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or
   explosive properties.
   "Nuclear material" means "source material", "Special
   nuclear material" or "by-product material".
   "Source material", "special nuclear material", and
   "by-product material" have the meanings given them
   in the Atomic Energy Act of 1954 or in any law
   amendatory thereof.
   "Spent fuel" means any fuel element or fuel
   component, solid or liquid, which has been used or
   exposed to radiation in a "nuclear reactor".
   "Waste" means any waste material (a) containing
   "by-product material" other than the tailings or

wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of

the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 1997 **IL 00 21 04 98**

## ENDORSEMENT LISTING

| | |
|---|---|
| CG 0001 (12/04) | CG 2147 |
| IL 0017 | CG 2153 |
| G-39543-A | CG 2170 |
| G-43316-C | CG 2404 |
| G-132263-A | CG 0067 |
| G-136080-A | G-15104-A |
| G-144041-C99 | G-43815-C |
| G-145658-A | CG 0224 |
| G-300304-A | IL 0279 |

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 1 | GL 2083559393 | | |

**CNA**

Countersigned by _____

Authorized Representative

BFR/M30GA08                    G-39543-A

## NAMED INSURED ENDORSEMENT

COUNTRY COACH, INC.

COUNTRY COACH HOLDINGS, LLC

COUNTRY COACH, LLC

COUNTRY COACH MERGER, LLC

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | | |
|---|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 2 | GL 2083559393 | | | |



Countersigned by _____

Authorized Representative

BFR/M02GA08                    G-39543A

## COMPOSITE RATE ENDORSEMENT

THE COMMERCIAL GENERAL LIABILITY PREMIUM FOR THE POLICY PERIOD 8-1-2008 TO 8-1-2009 IS BASED UPON ESTIMATED GROSS SALES AND SHALL BE COMPUTED BY APPYING THE COMPOSITE RATES INDICATED BELOW PER $ 1,000. OF GROSS SALES.

| GENERAL LIABILITY | COMPOSITE RATES | ESTIMATED GROSS SALES | ESTIMATED PREMIUM |
|---|---|---|---|
| BODILY INJURY & PROPERTY DAMAGE | 1.5543 | $  182,000,000. | $   282,883.* |
| TRIA | | | 2,857. |
| | | TOTAL | $   285,740. |

* MINIMUM PREMIUM

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 3 | GL 2083559393 | | |

**CNA**

BFR/M04GA08

Countersigned by _____
Authorized Representative

G-39543-A

## INSTALLMENT ENDORSEMENT

THE ESTIMATED ANNUAL PREMIUM OF $ 285,740. FOR THE POLICY PERIOD 08-01-2008 TO 08-01-2009 IS DUE AND PAYABLE AS FOLLOWS:

| DUE DATE | GENERAL LIABILITY PREMIUM | TRIA PREMIUM DUE | TOTAL |
|---|---|---|---|
| 08-01-2008 | $ 23,580. | $ 2,857. | $ 26,437. |
| 09-01-2008 | 23,573. | | 23,573. |
| 10-01-2008 | 23,573. | | 23,573. |
| 11-01-2008 | 23,573. | | 23,573. |
| 12-01-2008 | 23,573. | | 23,573. |
| 01-01-2009 | 23,573. | | 23,573. |
| 02-01-2009 | 23,573. | | 23,573. |
| 03-01-2009 | 23,573. | | 23,573. |
| 04-01-2009 | 23,573. | | 23,573. |
| 05-01-2009 | 23,573. | | 23,573. |
| 06-01-2009 | 23,573. | | 23,573. |
| 07-01-2009 | 23,573. | | 23,573. |
| **TOTAL** | $ 282,883. | $ 2,857. | $ 285,740. |

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 4 | GL 2083559393 | | |

**CNA**

Countersigned by _____

Authorized Representative

BFR/M03GA08                G-39543-A

### TAX AND ASSESSMENT ENDORSEMENT
### COMMERCIAL GENERAL LIABILITY

THE COMPANY ACTS AS A TAX COLLECTOR WITH RESPECT TO PREMIUM SURCHARGES AND IS REQUIRED TO COLLECT AND REMIT THE FOLLOWING SURCHARGES TO THE APPLICABLE STATE:

**FLORIDA**

SURCHARGE                                      .1%    $ TO BE DETERMINED AT AUDIT

**KENTUCKY**

SURCHARGE                                   1.500%    $ TO BE DETERMINED AT AUDIT

**NEW JERSEY**

PLIGA SURCHARGE                             0.330%    $ TO BE DETERMINED AT AUDIT

**OREGON**

GUARANTY ASSOCIATION SURCHARGE                 .1%    $ TO BE DETERMINED AT AUDIT

**PUERTO RICO**

GUARANTY ASSOCIATION SURCHARGE             0.700%    $ TO BE DETERMINED AT AUDIT

**WEST VIRGINIA**

WEST VIRGINIA INSURANCE PREMIUM SURCHARGE  1.000%    $ TO BE DETERMINED AT AUDIT

**GRAND TOTAL  $ TO BE DETERMINED AT AUDIT**

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 5 | GL 2083559393 | | |

**CNA**

Countersigned by _____

BFR/M05GA08                 G-39543A                 Authorized Representative

**SELF INSURED RETENTION (INCLUDING ALLOCATED EXPENSES)
ENDORSEMENT**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SCHEDULE**

| | |
|---|---|
| Self Insured Retention | $   250,000 |
| Stop Loss Aggregate Retention [Not applicable if no entry appears} | $    N/A |

I. **Self Insured Retention Amount**

   A.  Our obligation under this policy to pay damages, "clean-up costs", "products recall expense", Allocated Loss Adjustment Expenses and Supplementary Payments applies only to that amount that exceeds the Self Insured Retention stated in the Schedule.

   Provided, however, nothing in this endorsement shall obligate us to pay for damages, "clean-up costs", "product recall expense", Allocated Loss Adjustment Expense or Supplementary Payments after the applicable Limit of Insurance has been used up in the payment of settlements or judgments.

   B.  The Self Insured Retention applies to:

   1.  All damages covered under Coverage A. because of all "bodily injury" or "property damage" caused by any one "occurrence"; or

   2.  All damages covered under Stop Gap Liability Coverage because of all "bodily injury" sustained by one or more of your "employees" caused by any one accident; or

   3.  All "product recall expense" you incur as a result of any one "product recall"; or

   4.  The total of (i) all damages because of "bodily injury" or "property damage" and (ii) all "clean-up costs" incurred because of "environmental damage" arising out of any one "pollution incident"; or

   5.  All damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization; or

   6.  All damages covered under Stop Gap Liability Coverage because of "bodily injury" by disease to any one "employee"; or

   7.  All damages sustained by any one employee, including the employee's dependents and beneficiaries, because of all acts, errors or omissions committed in the "administration" of your "employee benefits program"; or

   8.  All damages sustained by any one person or organization because of all acts, errors or omissions committed in the rendering or failing to render   professional services; and

   9.  All associated Allocated Loss Adjustment Expenses and Supplementary Payments.

C. This provision C. applies only if an amount is shown in the Schedule as the Stop Loss Aggregate Retention. The Stop Loss Aggregate Retention is the most you pay or reimburse us for the total of (1) all Self Insured Retentions under this policy and (2) all retention amounts under policy(ies) numbered ____N/A____ for each policy period. The Stop Loss Aggregate Retention amount stated in the Schedule is an estimate based on ___N/A___ . The actual Stop Loss Aggregate Retention amount shall be determined at audit based on a rate of $_N/A_ per ____N/A____ but in no event shall be less than $_N/A_ .

The Stop Loss Aggregate Retention will not be reduced if:

1. This endorsement or the policy to which it is attached is issued for a period of less than one year;

2. This endorsement or the policy is canceled for any reason by you; or

3. We cancel the policy due to your failure to:

   a. Pay premium when due; or

   b. Reimburse us or otherwise pay for Retention amounts, Allocated Loss Adjustment Expenses or Supplementary Payments for which you are responsible under the terms of this endorsement or any Claim Service Agreement for the handling of claims under this policy; or

   c. Maintain security in the amount or manner provided for in any Finance Agreement related to this policy.

## II. Limitation of Defense, Investigation and Settlement Obligations

The terms of the policy which impose a duty upon us to defend any "suit" seeking damages to which this insurance and endorsement apply and permit us to investigate any "occurrence", offense, act, error or omission, or "pollution incident" and settle any claim or "suit" that may result are deleted and replaced by the following:

A. When the total of amounts incurred for all claims or "suits" as the result of any one "occurrence", "product recall" or "pollution incident" or any one claim as described in I.B. 5., 6., 7. or 8. above does not exceed the Self Insured Retention Amount:

1. We shall have the right, but not the duty, to:

   a. Defend or participate in the defense of any "suit" against the insured; and

   b. Investigate any "occurrence" or "pollution incident", or settle any claim or "suit"; and

2. If we choose not to investigate any "occurrence", or "pollution incident", or not to defend any claim or "suit" against the insured, you will see to it that all necessary investigation and defense is made, and will, to the best of your ability effect settlement, subject to your prior written approval of settlements in excess of your Self Insured Retention Amount. You agree to discharge this obligation solely by means of an agreement with ___N/A___ for claim adjustment services, such services to run to the ultimate disposition of all claims or "suits" to which this insurance applies.

B. When the total of amounts incurred for all claims or "suits" as a result of any one "occurrence", "product recall" or "pollution incident", or any one claim as described in I.B. 5., 6., 7. or 8. above does exceed the Self Insured Retention Amount, we will have the right and duty to defend any "suit" against the insured. We may at our discretion investigate any "occurrence", or "pollution incident" and settle any claim or "suit" that may result.

### III. Reimbursement

We may pay any part or all of the Self Insured Retention amount to effect settlement of any claim or "suit" and upon notification of the action taken, you shall promptly reimburse for such part of the Self Insured Retention amount as has been paid by us.

### IV. Allocation of Costs of Defense, Investigation and Settlement

A. When the total of amounts incurred for (1) all claims or "suits" as a result of any one "occurrence", "product recall" or "pollution incident", or (b) any one claim as described in I.B. 5., 6., 7. or 8. above:

1. Does not exceed the Self Insured Retention, we have no obligation to pay or contribute to any Allocated Loss Adjustment Expenses or Supplementary Payments. Rather, you will pay all such expenses or payments.

2. Does exceed the applicable Self Insured Retention, we will be obligated to pay that part of the damages, "clean-up costs" or "product recall expense", and Allocated Loss Adjustment Expenses and Supplementary Payments that exceeds the Self Insured Retention.

B. This paragraph B. applies only if an amount is shown in the Schedule as the Stop Loss Aggregate Retention. Notwithstanding the provisions of A. above, when the total you pay or reimburse us for (1) all Self Insured Retentions under this policy and (2) all applicable retention amounts under policy(ies) numbered __N/A__ for each policy period exceeds the Stop Loss Aggregate Retention, we will be obligated to pay that part of the damages, "clean-up costs", product recall expense", Allocated Loss Adjustment Expenses and Supplementary Payments that exceeds the Stop Loss Aggregate Retention.

C. Any Allocated Loss Adjustment Expenses and Supplementary Payments you pay will be applied to the Self Insured Retention and the Stop Loss Aggregate Retention, if applicable, stated in the Schedule above.

D. Any Allocated Loss Adjustment Expenses and Supplementary Payments paid by us will be payable in addition to any obligation to pay damages, "clean-up costs" or "product recall expense", but our obligation to pay Allocated Loss Adjustment Expenses and Supplementary Payments ends when the applicable Limit of Insurance has been used up in the payment of judgments or settlements.

### V. Duties in the Event of Accident, Claim, Suit or Loss

Condition 2. "Duties in the Event of Occurrence, Offense, Claim or Suit" (SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended as follows:

A. The first sentence of paragraph a. is deleted and replaced by the following:

You must see to it that we are notified as soon as practicable of an "occurrence", offense, act, error or omission, "product recall" or "pollution incident" which may result in a claim:

1. For which the damages and/or expense can reasonably be expected to exceed fifty percent (50%) of the Self Insured Retention;

2. Which is a class action, or

3. As a result of any injury involving (i) death, (ii) disability over one (1) year, (iii) amputation of a major extremity, (iv) spinal cord, head or brain injury, (v) strokes or heart attacks, (vi) blindness, (vii) serious burns or (viii) violent crimes.

B. Paragraph d. is deleted and replaced by the following:

No insured or the Third Party Administrator when acting under contract for the benefit of the insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense in excess of the Self Insured Retention without our consent

## VI. Allocated Loss Adjustment Expense

A. The first sentence of Supplementary Payments (SECTION I - COVERAGES) is deleted and replaced by the following:

Subject to the Self Insured Retention (Including Allocated Expenses) Endorsement attached to and forming a part of this policy, we may pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

B. As used in this endorsement, "Allocated Loss Adjustment Expenses" means the expenses directly allocated to a particular claim, including but not limited to:

1. All governmental administrative agency, alternative dispute resolution, arbitration and court costs, fees and expenses;

2. Fees, costs and expenses for legal services, whether by outside or our staff counsel;

3. Photographic costs, materials and labor;

4. Experts' fees or costs;

5. Costs of documents or records;

6. Medical cost containment expenses;

7. Cost of autopsies;

8. Cost of medical examinations of a claimant to determine our liability, or the degree of permanency or length of disability; and

9. All other compensation, fees, costs and expenses chargeable to the investigation or defense of a claim or the investigation or prosecution of fraud or criminal conduct involving a claim.

"Allocated Loss Adjustment Expense" does not include any compensation for independent or staff claim adjusters involved in the normal handling of a claim to determine the cause or extent of responsibility for the damage or injury, or any expenses required by law to treated as a loss payment.

## VII. Subrogation

The following is added to Condition 8. Transfer of Rights of Recovery Against Others to Us (SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS):

A. Any recoveries hereunder shall be apportioned in the following order:

1. To any interest, including the insured, that may have paid any amount in excess of the applicable Limit of Insurance;

2. To us for amounts paid under this policy; and

   3. To all other interests, including the insured, within the applicable Retention amount with respect to any residue remaining.

B. When we have elected to participate in the exercise of the person's or organization's rights of recovery, reasonable costs and expenses necessary to the recovery shall be apportioned among all interests in the ratio of their respective recoveries.

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 6 | GL 2083559393 | | |

**CNA**

Countersigned by _____

                                        Authorized Representative

G-39543A



G-43316-C
(Ed. 06/98)

POLICY NUMBER: GL 2083559393
ENDT. NO. 7

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
FARM COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
POLLUTION LIABILITY COVERAGE FORM**

This insurance does not apply to:

(1) "Bodily injury," "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened exposure at any time to asbestos; or

(2) Any loss, cost or expense that may be awarded or incurred:

    (a) by reason of a claim or "suit" for any such injury or damage; or

    (b) in complying with a governmental direction or request to test for, monitor, clean up, remove, contain or dispose of asbestos.

Asbestos means the mineral in any form whether or not the asbestos was at any time:

(1) airborne as a fiber, particle or dust;

(2) contained in or formed a part of a product, structure or other real or personal property;

(3) carried on clothing;

(4) inhaled or ingested; or

(5) transmitted by any other means.



G-132263-A
(Ed. 08/98)

POLICY NUMBER: GL 2083559393
ENDT. NO. 8

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDATORY ENDORSEMENT – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

This insurance does not apply to:

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations

**CNA**

G-132263-A
(Ed. 08/98)

if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Paragraph (2) does not apply to liability for damages because of "property damage" that is not excluded by Paragraph (1) above. However, this exception to Paragraph (2) does not apply to any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement or claim or "suit" solely by or on behalf of a governmental authority.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission.



POLICY NUMBER: GL 2083559393
ENDT. NO. 9

COMMERCIAL GENERAL LIABILITY
G-136080-A 02 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT –
# KNOWN OR CONTINUING INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

        **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

    **b.** This insurance applies to "bodily injury" and "property damage" only if:

        **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

        **(3)** With respect to "bodily injury" or "property damage" that continues, changes or resumes so as to occur during more than one policy period, both of the following conditions are met:

            **(i)** Prior to the policy period, no Authorized Insured knew that the "bodily injury" or "property damage" had occurred, in whole or in part; and

            **(ii)** During the policy period, an Authorized Insured first knew that the "bodily injury" or "property damage" had occurred, in whole or in part.

        For purposes of this Paragraph **1.b.(3)** only, if **(a)** "bodily injury" or "property damage" that occurs during this policy period does not continue, change or resume after the termination of this policy period; and **(b)** no Authorized Insured first knows of this "bodily injury" or "property damage" until after the termination of this policy period, then such first knowledge will be deemed to be during this policy period.

    **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any Authorized Insured includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any Authorized Insured:

        **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        **(2)** Receives a written or verbal demand, claim or "suit" for damages because of the "bodily injury" or "property damage"; or

        **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

    **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

The following definition is added to Section **V** – Definitions:

Authorized Insured means any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured, or any "employee" authorized by such an insured to give or receive notice of an "occurrence" or claim.

G-144041-C99
(Ed. 12/06)



POLICY NUMBER: GL 2083559393
ENDT. NO. 10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
## MANUFACTURERS GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Coverage afforded under this extension of coverage endorsement does not apply to any person or organization covered as an additional insured on any other endorsement now or hereafter attached to this Coverage Part.

**1. PROPERTY DAMAGE – PATTERNS, MOLDS AND DIES**

Paragraphs **(3)** and **(4)** of Exclusion **j.** Damage to Property of **SECTION I – EXCLUSIONS** do not apply to patterns, molds or dies in the care, custody or control of the insured if the patterns, molds or dies are not being used to perform operations at the time of loss. A limit of insurance of $25,000 per policy period applies to **PROPERTY DAMAGE – PATTERNS, MOLDS AND DIES** and is included within the General Aggregate Limit as described in **SECTION III – LIMITS OF INSURANCE.**

The insurance afforded by this provision **1.** is excess over any valid and collectible property insurance (including any deductible) available to the insured, and the Other Insurance Condition is changed accordingly.

**2. ADDITIONAL INSURED – BLANKET VENDORS**

WHO IS AN INSURED (Section II) is amended to include as an additional insured any person or organization (referred to below as vendor) with whom you agreed, because of a written contract or agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

    1. The insurance afforded the vendor does not apply to:

       **a.** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

       **b.** Any express warranty unauthorized by you;

       **c.** Any physical or chemical change in the product made intentionally by the vendor;

       **d.** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

       **e.** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

       **f.** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

       **g.** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

       **h.** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omission or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

         **(1)** The exceptions contained in Subparagraphs **d.** or **f.**; or

         **(2)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.



2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

3. This provision **2.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Part.

4. This provision **2.** does not apply if "bodily injury" or "property damage" included within the "products-completed operations hazard" is excluded either by the provisions of the Coverage Part or by endorsement.

## 3. MISCELLANEOUS ADDITIONAL INSUREDS

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (called additional insured) described in paragraphs **3.a.** through **3.h.** below whom you are required to add as an insured on this policy under a written contract or agreement but the written contract or agreement must be:

1. Currently in effect or becoming effective during the term of this policy; and

2. Executed prior to the "bodily injury," "property damage" or "personal injury and advertising injury," but

Only the following persons or organizations are additional insureds under this endorsement and coverage provided to such additional insureds is limited as provided herein:

### a. Additional Insured – "Your Work"

That person or organization for whom you do work is an additional insured solely for liability due to your negligence specifically resulting from "your work" for the additional insured which is the subject of the written contract or written agreement. No coverage applies to liability resulting from the sole negligence of the additional insured.

The insurance provided to the additional insured is limited as follows:

(1) The Limits of Insurance applicable to the additional insured are those specified in the written contract or written agreement or in the Declarations of this policy, whichever is less. These Limits of Insurance are inclusive of, and not in addition to, the Limits of Insurance shown in the Declarations.

(2) The coverage provided to the additional insured by this paragraph, **3.a.,** does not apply to "bodily injury" or "property damage" arising out of the "products-completed operations hazard" unless:

(a) It is required by the written contract or written agreement; and

(b) "Bodily injury" or "property damage" included within the "products-completed operations hazard" is not excluded either by the provisions of the Coverage Part or by endorsement.

(3) The insurance provided to the additional insured does not apply to "bodily injury," "property damage," or "personal and advertising injury" arising out of the rendering or failure to render any professional services.

### b. State or Political Subdivisions

A state or political subdivision subject to the following provisions:

(1) This insurance applies only with respect to the following hazards for which the state or political subdivision has issued a permit in connection with premises you own, rent, or control and to which this insurance applies:

(a) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decorations and similar exposures; or

(b) The construction, erection, or removal of elevators; or

(2) This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of



operations performed for the state or municipality.

**c. Controlling Interest**

Any persons or organizations with a controlling interest in you but only with respect to their liability arising out of:

**(1)** Their financial control of you; or

**(2)** Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for such additional insured.

**d. Managers or Lessors of Premises**

A manager or lessor of premises but only with respect to their liability arising out of the ownership, maintenance or use of that specific part of the premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**e. Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of a premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such additional insured.

**f. Owners/Other Interests – Land is Leased**

An owner or other interest from whom land has been leased by you but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to lease that land; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**g. Co-owner of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owners liability as co-owner of such premises.

**h. Lessor of Equipment**

Any person or organization from whom you lease equipment. Such person or organization are insureds only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization. A person's or organization's status as an insured under this endorsement ends when their written contract or agreement with you for such leased equipment ends.

With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

This insurance does not apply:

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury," "property damage" or "personal and advertising injury" arising out of the sole negligence of such additional insured.

Any insurance provided to an additional insured designated under paragraphs **b.** through **h.** above does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard."

As respects the coverage provided under this endorsement, Paragraph **4.b. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted and replaced with the following:

**4. Other Insurance**

**b.** Excess Insurance

This insurance is excess over:

Any other insurance naming the additional insured as an insured whether primary, excess, contingent or



G-144041-C99
(Ed. 12/06)

on any other basis unless a written contract or agreement specifically requires that this insurance be either primary or primary and noncontributing. Where required by written contract or agreement, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and noncontributing with this insurance.

**4. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

Paragraph **3.a.** of **Section II – Who Is An Insured** is deleted and replaced by the following:

Coverage under this provision is afforded only until the end of the policy period or the next anniversary of this policy's effective date after you acquire or form the organization, whichever is earlier.

**5. JOINT VENTURES / PARTNERSHIP / LIMITED LIABILITY COMPANY COVERAGE**

A. The following is added to **Section II – Who Is An Insured:**

4. You are an insured when you had an interest in a joint venture, partnership or limited liability company which terminated or ended prior to or during this policy period but only to the extent of your interest in such joint venture, partnership or limited liability company. This coverage does not apply:

a. Prior to the termination date of any joint venture, partnership or limited liability company; or

b. If there is other valid and collectible insurance purchased specifically to insure the partnership, joint venture or limited liability company.

B. The last paragraph of **Section II – Who Is An Insured** is deleted and replaced by the following:

Except as provided in **4.** above, no person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**6. PARTNERSHIP OR JOINT VENTURES**

Paragraph **1.b.** of **Section II – Who Is An Insured** is deleted and replaced by the following:

b. A partnership (including a limited liability partnership) or joint venture, you are an insured. Your members, your partners, and their spouses are also

insureds, but only with respect to the conduct of your business.

**7. EMPLOYEES AS INSUREDS – HEALTH CARE SERVICES**

For other than a physician, paragraph **2.a.(1)(d)** of **Section II – Who Is An Insured** does not apply with respect to professional health care services provided in the course of employment by you.

**8. SUPPLEMENTARY PAYMENTS**

A. Under **Section I – Supplementary Payments – Coverages A** and **B**, Paragraph **1.b.**, the limit of $250 shown for the cost of bail bonds is replaced by $2,500.

B. In Paragraph **1.d.**, the limit of $250 shown for daily loss of earnings is replaced by $1,000.

**9. MEDICAL PAYMENTS**

A. Paragraph **7. Medical Expense Limit,** of **Section III – Limits of Insurance** is deleted and replaced by the following:

7. Subject to **5.** above (the Each Occurrence Limit), the Medical Expense Limit is the most we will pay under **Section – I – Coverage C** for all medical expenses because of "bodily injury" sustained by any one person. The Medical Expense Limit is the greater of:

(1) $15,000; or

(2) The amount shown in the Declarations for Medical Expense Limit.

B. This provision **9. (Medical Payments)** does not apply if **Section I – Coverage C Medical Payments** is excluded either by the provisions of the Coverage Part or by endorsement.

C. Paragraph **1.a.(3)(2)** of **Section I – Coverage C – Medical Payments,** is replaced by the following:

The expenses are incurred and reported to us within three years of the date of the accident; and

**10. NON-OWNED WATERCRAFT**

Under **Section I – Coverage A – Bodily Injury and Property Damage,** Exclusion **2.g.,** subparagraph **(2)** is deleted and replaced by the following.

(2) A watercraft you do not own that is:

(a) Less than 55 feet long; and

(b) Not being used to carry persons or property for a charge.

G-144041-C99
(Ed. 12/06)



**11. NON-OWNED AIRCRAFT**

Exclusion **2.g.** of **Section I – Coverage A – Bodily Injury and Property Damage**, does not apply to an aircraft you do not own, provided that:

1.  The pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

2.  It is rented with a trained, paid crew; and

3.  It does not transport persons or cargo for a charge.

**12. LEGAL LIABILITY – DAMAGE TO PREMISES**

A.  Under **Section I – Coverage A – Bodily Injury and Property Damage 2. Exclusions,** Exclusion **j.** is replaced by the following.

"Property damage" to:

(1)  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)  Property loaned to you;

(4)  Personal property in the care, custody or control of the insured;

(5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises:

(1)  rented to you;

(2)  temporarily occupied by you with the permission of the owner, or

(3)  to the contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III – Limits Of Insurance.**

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

B.  Under **Section I – Coverage A – Bodily Injury and Property Damage** the last paragraph of **2. Exclusions** is deleted and replaced by the following.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner or to the contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III – Limits Of Insurance.**

C.  Paragraph **6. Damage To Premises Rented To You Limit** of **Section III – Limits Of Insurance** is replaced by the following:

6.  Subject to **5.** above, (the Each Occurrence Limit), the Damage To Premises Rented To You Limit is the most we will pay under **Section – I – Coverage A** for damages because of "property damage" to any one premises while rented to you or temporarily occupied by you with the permission of the owner, including contents of such premises rented to you for a period of 7 or fewer consecutive days. The Damage To Premises Rented To You Limit is the greater of:

a.  $200,000; or

b.  The Damage To Premises Rented To You Limit shown in the Declarations.

D.  Paragraph **4.b.(1)(b)** of **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:



G-144041-C99
(Ed. 12/06)

    (2) That is property insurance for premises rented to you or temporarily occupied by you with the permission of the owner; or

**E.** This provision **12. (LEGAL LIABILITY – DAMAGE TO PREMISES)** does not apply if Damage To Premises Rented To You Liability under **Section I – Coverage A** is excluded either by the provisions of the Coverage Part or by endorsement.

## 13. BROAD KNOWLEDGE OF OCCURRENCE

You must give us or our authorized representative notice of an "occurrence," offense, claim, or "suit" only when the "occurrence," offense, claim or "suit" is known to:

    **(1)** You, if you are an individual;

    **(2)** A partner, if you are a partnership;

    **(3)** An executive officer or the employee designated by you to give such notice, if you are a corporation; or

    **(4)** A manager, if you are a limited liability company.

## 14. NOTICE OF OCCURRENCE

The following is added to paragraph **2.** of **Section IV – Commercial General Liability Conditions – Duties in The Event of Occurrence, Offense Claim or Suit:**

Your rights under this Coverage Part will not be prejudiced if you fail to give us notice of an "occurrence," offense, claim or "suit" and that failure is solely due to your reasonable belief that the "bodily injury" or "property damage" is not covered under this Coverage Part. However, you shall give written notice of this "occurrence," offense, claim or "suit" to us as soon as you are aware that this insurance may apply to such "occurrence," offense claim or "suit."

## 15. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Based on our reliance on your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not deny coverage under this Coverage Part because of such failure.

## 16. EXPANDED PERSONAL AND ADVERTISING INJURY

**A.** The following is added to **Section V – Definitions,** the definition of "personal and advertising injury":

    **h.** Discrimination or humiliation that results in injury to the feelings or

reputation of a natural person, but only if such discrimination or humiliation is:

    **(1)** Not done intentionally by or at the direction of:

        **(a)** The insured; or

        **(b)** Any "executive officer," director, stockholder, partner, member or manager (if you are a limited liability company) of the insured; and

    **(2)** Not directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person or persons by any insured.

**B.** Exclusions of **Section I – Coverage B – Personal and Advertising Injury Liability** is amended to include the following:

    **p.** **Discrimination Relating To Room, Dwelling or Premises**

    Caused by discrimination directly or indirectly related to the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any insured.

    **q.** **Fines Or Penalties**

    Fines or penalties levied or imposed by a governmental entity because of discrimination.

**C.** This provision **16. (EXPANDED PERSONAL AND ADVERTISING INJURY COVERAGE)** does not apply to discrimination or humiliation committed in the states of New York or Ohio. Also, **EXPANDED PERSONAL AND ADVERTISING INJURY COVERAGE** does not apply to policies issued in the states of New York or Ohio.

**D.** This provision **16. (EXPANDED PERSONAL AND ADVERTISING INJURY COVERAGE)** does not apply if **Section I – Coverage B – Personal And Advertising Injury Liability** is excluded either by the provisions of the Coverage Part or by endorsement.

## 17. BODILY INJURY

**Section V – Definitions,** the definition of "bodily injury" is changed to read:

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death, humiliation, shock, mental anguish or mental injury by that person at any time which results as a consequence of the bodily injury, sickness or disease.



G-144041-C99
(Ed. 12/06)

## 18. EXPECTED OR INTENDED INJURY

Exclusion **a.** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** is replaced by the following:

    **a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## 19. LIBERALIZATION CLAUSE

If we adopt a change in our forms or rules which would broaden coverage for manufacturers under this endorsement without an additional premium charge, your policy will automatically provide the additional coverages as of the date the revision is effective in your state.

## 20. PROPERTY DAMAGE – ELEVATORS

With respect to Exclusions of **Section I – Coverage A,** paragraphs **(3)**, **(4)** and **(6)** of Exclusion **j.** and Exclusion **k.** do not apply to the use of elevators.

The insurance afforded by this provision **20.** is excess over any valid and collectible property insurance (including any deductible) available to the insured, and the Other Insurance Condition is changed accordingly.



G-145658-A
(Ed. 11/03)

**POLICY NUMBER: GL 2083559393**
**ENDT. NO. 11**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to **Exclusions** of **Section I – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

This insurance does not apply to:

1. "Bodily injury" arising in whole or in part out of the actual, alleged or threatened respiration or ingestion at any time of "silica"; or

2. "Property damage" arising in whole or in part out of the actual, alleged or threatened presence of "silica".

**B.** The following exclusion is added to **Exclusions** of **Section I – COVERAGE B. PERSONAL AND ADVERTISING LIABILITY:**

This insurance does not apply to "personal and advertising injury" arising in whole or in part out of the actual, alleged or threatened exposure at any time to or the presence of "silica".

**C.** The following definition is added:

"Silica" means the chemical compound silicon dioxide (SiO2) in any form, including dust which contains "silica".

G-300304-A
(Ed. 05/06)



POLICY NUMBER: GL 2083559393
ENDT. NO. 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI / MOLD / MILDEW / YEAST / MICROBE EXCLUSION – NON-CONTRACTORS

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2., Exclusions,** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

**Fungi and Microbes**

**(1)** "Bodily injury" arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any "fungi" or "microbes." This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage, loss, cost or expense. But this exclusion does not apply where your business is food processing, sales, or serving, and the "bodily injury" is caused solely by food poisoning in connection with such processing, sales, or serving.

**(2)** "Property damage" arising out of or relating to the actual, alleged or threatened contact with, exposure to, existence of, or growth or presence of any "fungi" or "microbes."

**(3)** Any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to or assessing the effects of "fungi" or "microbes" by any insured or by anyone else.

**B.** The following exclusion is added to Paragraph **2., Exclusions,** of **Section I – Coverage B – Personal and Advertising Injury Liability:**

This insurance does not apply to:

**Fungi and Microbes**

**(1)** "Personal and advertising injury " arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or growth or presence of any "fungi" or "microbes."

**(2)** Any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to or assessing the effects of "fungi" or "microbes" by any insured or by anyone else.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury, loss, cost or expense.

**C.** The following definitions are added to **Section V – Definitions:**

"Fungi" means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. But "fungi" does not include any fungi intended by the insured for consumption.

"Microbe" means any non-fungal microorganism or non-fungal, colony-form organism that causes infection or disease. "Microbe" includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of microbes. But "microbe" does not mean microbes that were transmitted directly from person to person.

**D.** The following condition is added to **Section IV – Commercial General Liability Conditions:**

**Arbitration**

For "property damage," the determination of what portion of a loss is attributable to "fungi" and "microbes," and what portion is not, shall be made by us. If you disagree with that determination, you and we agree to submit to binding arbitration according to the Commercial Arbitration Rules of the American Arbitration Association, or according to such other rules as you and we agree to. If binding arbitration of insurance disputes is not



G-300304-A
(Ed. 05/06)

allowed in the state where you are incorporated (or, if you are not a corporation, the state where you are domiciled), then arbitration shall be non-binding, and shall only proceed if both you and we agree to enter into it. The arbitration will be held in the county where you are headquartered, or at such other location as may be jointly agreed to by the arbitrators. Each party will bear its own arbitration costs.

POLICY NUMBER: GL 2083559393
ENDT. NO. 13

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

POLICY NUMBER: GL 2083559393
ENDT. NO. 14

COMMERCIAL GENERAL LIABILITY
CG 21 53 01 96

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Designated Ongoing Operation(s): GARAGE OPERATIONS**

**Specified Location (If Applicable): PER SCHEDULE ON FILE WITH COMPANY**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

CG 21 53 01 96

Copyright, Insurance Services Office, Inc., 1994

Hart Forms & Services
Reorder No. 14-2186

POLICY NUMBER: GL 2083559393
ENDT. NO. 15

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

POLICY NUMBER: GL 2083559393                          COMMERCIAL GENERAL LIABILITY
ENDT. NO. 16                                                          CG 24 04 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS
# OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

**Name of Person or Organization:** **"ANY PERSON OR ORGANIZATION, BUT ONLY TO THE EXTENT REQUIRED BY WRITTEN OR ORGAL CONTRACT OR AGREEMENT ENTERED INTO WITH THE NAMED INSURED.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section **IV** - COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**CG 24 04 10 93**                  Copyright, Insurance Services Office, Inc., 1992                  □

POLICY NUMBER: GL 2083559393
ENDT. NO. 17

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

B. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

    "Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Copyright, ISO Properties, Inc., 2004



ATTACHED TO POLICY NO. __GL 2083559393__
ENDT. NO. 18

**EMPLOYEE BENEFITS LIABILITY COVERAGE -**
**SUPPLEMENTAL SCHEDULE**

As per the Policy Declarations this policy provides coverage, subject to the Limits of Insurance Indicated below:

**LIMITS OF INSURANCE**

Each Employee      $__1,000,000.__          Deductible      $_____1,000._____ Each Employee

Aggregate          $__1,000,000.__

Employee Benefit Programs other than those specified in the Definitions Section of Employee Benefits Liability

Coverage Endorsement:_____


**PREMIUM COMPUTATION**

| Estimated Number Of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| **PER SCHEDULE ON FILE WITH THE COMPANY** | | $ INCLUDED | $ INCLUDED |
| | | $ | |
| | | $ | |
| | Total | $ INCLUDED | |

REFER TO THE POLICY DECLARATIONS PAGE FOR OTHER FORMS AND ENDORSEMENTS ATTACHED TO AND FORMING A PART OF THIS POLICY.

G-15104-A
(ED. 10/89)



G-43815-C
(Ed. 08/01)

**POLICY NUMBER: GL 2083559393**
**ENDT. NO. 19**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**The provisions of this endorsement apply only as respects Employee Benefit Liability Coverage afforded hereunder.**

**SECTION I – COVERAGES** is amended to include the following:

**EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement.**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of a negligent act, error or omission of:

        **(1)** The insured; or

        **(2)** Any other person for whose acts the insured is legally liable;

    if such act, error or omission is committed in the administration of your "employee benefit program." We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE** of this endorsement; and

        **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A and B** of the Commercial General Liability Coverage Form to which this endorsement is attached.

    **b.** This insurance applies only to negligent acts, errors or omissions which:

        **(1)** Take place in the "coverage territory" and

        **(2)** Occur during the policy period; or

        **(3)** Occurred prior to the policy period where:

            **(a)** There is no other insurance which:

                **(i)** is valid and collectible; or

                **(ii)** would be valid and collectible but for the exhaustion of the limits of insurance;

        **(b)** The insured had no prior knowledge or could not reasonably have foreseen any circumstances which might result in a claim or "suit";

        **(c)** The claim or "suit" is brought during the policy period; and

        **(d)** The insured notifies us in writing.

**2. Exclusions.**

This insurance does not apply to:

    **a.** Loss arising out of a:

        **(1)** Dishonest;

        **(2)** Fraudulent;

        **(3)** Criminal; or

        **(4)** Malicious;

    act, error or omission committed by an insured;

    **b.** "Bodily injury," property damage" or "personal and advertising injury";

    **c.** Loss arising out of discrimination;

    **d.** Loss arising out of failure of performance of a contract by an insurer;

    **e.** Loss arising out of insufficient funds to meet an obligation under a plan included in the "employee benefit program";

    **f.** Claim or "suit" based upon:

        **(1)** Failure of an investment to perform as represented by any insured; or

        **(2)** Advice given to a person to participate or not participate in a plan included in the "employee benefit program":

    **g.** Loss arising out of your failure to comply with mandatory provisions of laws concerning:

        **(1)** Workers' Compensation;

**CNA**

(2) Unemployment Insurance;

(3) Social Security;

(4) Disability benefits; or

(5) Any similar law;

h. Loss arising out of liability of an insured as a fiduciary under:

(1) EMPLOYEE RETIREMENT INCOME SECURITY ACT of 1974; or

(2) INTERNAL REVENUE CODE of 1986 (including the INTERNAL REVENUE CODE of 1954); and

their amendments.

**SECTION II – WHO IS AN INSURED,** is deleted in its entirety and replaced by the following:

1. If you are designated in the Commercial General Liability Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

2. Each of the following is also an insured:

a. Each of your partners, executive officers and employees who is authorized to administer your "employee benefit program."

b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Commercial General Liability Declarations.

**SECTION III – LIMITS OF INSURANCE,** is deleted in its entirety and replaced by the following:

1. **Limits of Insurance.**

a. The Limits of Insurance shown in the Supplemental Schedule and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) Claims made or "suits" brought;

(3) Persons or organizations making claims or bringing "suits";

(4) Acts, errors or omissions which result in loss; or

(5) Plans included in your "employee benefit program";

b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program";

c. Subject to **b.** above, the Each Employee Limit is the most we will pay for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the "administration of your "employee benefit program."

Limits of Insurance of this Coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes determining the Limits of Insurance.

2. **Deductible.**

a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Supplemental Schedule as applicable to Each Employee. The Limits of Insurance applicable to Each Employee will be reduced by the amount of this deductible. The Aggregate limit will not be reduced by the application of such deductible.

b. The terms of this insurance, including those with respect to:

(1) Our right and duty to defend "suits" seeking those damages; and

(2) Your duties in the event of an act, error, omission, claim or "suit";

apply irrespective of the application of the deductible amount.

c. We may pay any part or all of the deductible amount to effect settlement of claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.



G-43815-C
(Ed. 08/01)

SECTION IV – CONDITIONS is amended as follows:

1. Item 2., **Duties in the Event of Occurrence, Claim or Suit,** is deleted in its entirety and replaced by the following:

   **Duties in the Event of Act, Error, Omission, Claim or Suit.**

   a. You must see to it that we are notified promptly in writing of an act, error or omission, which may result in a claim. Notice should include:

      (1) How, when and where the act, error or omission took place; and

      (2) The names and addresses of injured persons and witnesses;

   b. If a claim is made or "suit" is brought against an insured, you must see to it that we receive prompt written notice of the claim or "suit";

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summons or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the:

         (a) Investigation;

         (b) Settlement; or

         (c) Defense;

         of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against a person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply;

   d. No insured will, except at their own cost, voluntarily:

      (1) Make a payment;

      (2) Assume an obligation; or

      (3) Incur an expense;

      without our consent.

2. Item 4., **Other Insurance,** is deleted in its entirety and replaced by the following:

   **Other Insurance.**

   Except for a loss which is the result of a negligent act, error or omission which occurred prior to the policy period, if other valid and collectible insurance is available to the insured for a loss we cover under

this endorsement, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below;

   b. **Method of Sharing**

      If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it:

      (1) Has paid its applicable limit of insurance; or

      (2) None of the loss remains;

      whichever comes first.

      If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

SECTION V – DEFINITIONS is amended as follows:

The following definitions are added:

   "Employee benefit program" means the following plans:

   a. Group life insurance, group accident or health insurance, profit sharing plans, pension plans and stock distribution plans; provided that no one other than an employee may subscribe to such insurance or plans;

   b. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   c. Other similar plan designated in the Supplemental Schedule or added by endorsement.

   "Administration" means:

   a. Counseling employees, including their dependents and beneficiaries, with respect to the "employee benefit program";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting or terminating an employee's participation in a plan included in the "employee benefit program";

   "Employee" means your officers and employees, whether actively employed, disabled or retired.

G-43815-C
(Ed. 08/01)

Page 3 of 3

**POLICY NUMBER: GL 2083559393**
**ENDT. NO. 20**

**COMMERCIAL GENERAL LIABILITY**
**CG 02 24 10 93**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART.**
**LIQUOR LIABILITY COVERAGE PART**
**POLLUTION LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

**SCHEDULE**

**Number of Days' Notice** _____ 60 _____

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

CG 02 24 10 93

Copyright, Insurance Services Office, Inc., 1992

□

IL 02 79 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OREGON CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2.** If this policy has been in effect for:

   **a.** Fewer than 60 days and is not a renewal policy, we may cancel for any reason.

   **b.** 60 days or more or is a renewal policy, we may cancel only for one or more of the following reasons:

   **(1)** Nonpayment of premium;

   **(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

   **(3)** Substantial increase in the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation or court decision;

   **(4)** Failure to comply with reasonable loss control recommendations;

   **(5)** Substantial breach of contractual duties, conditions or warranties;

   **(6)** Determination by the commissioner that the continuation of a line of insurance or class of business to which the policy belongs will jeopardize our solvency or will place us in violation of the insurance laws of Oregon or any other state; or

   **(7)** Loss or decrease in reinsurance covering the risk.

   **c.** 60 days or more or is a renewal policy, we may cancel for any other reason approved by the commissioner by rule, but only with respect to insurance provided under the following:

   **(1)** A package policy that includes commercial property and commercial liability insurance;

   **(2)** Commercial Automobile Coverage Part;

   **(3)** Commercial General Liability Coverage Part;

   **(4)** Commercial Property Coverage Part – Legal Liability Coverage Form;

   **(5)** Commercial Property Coverage Part – Mortgageholders Errors And Omissions Coverage Form;

   **(6)** Employment-Related Practices Liability Coverage Part;

   **(7)** Farm Coverage Part – Farm Liability Coverage Form;

   **(8)** Liquor Liability Coverage Part;

   **(9)** Products/Completed Operations Liability Coverage Part; or

   **(10)** Professional Liability Coverage Part.

B. Paragraph **3.** of the **Cancellation** Common Policy Condition is amended by the addition of the following:

   **3.** We will mail or deliver to the first Named Insured written notice of cancellation, stating the reason for cancellation.

 Copyright, ISO Properties, Inc., 2006

*Notice to Nebraska Exempt Commercial Policyholders*

The policy forms have not been filed with or approved by the Nebraska Department of Insurance.

*Notice to New Hampshire Large Scale Commercial Insured Policyholders*

The form of, and rates provided for in, this policy have not been filed with or approved by the New Hampshire Insurance Department.

*Notice to Pennsylvania Large Commercial Risk Policyholders*

The form of, and rates provided for in, this policy are exempt from the filing and approval requirements of the Pennsylvania Department of Insurance.

*Notice to Rhode Island Commercial Special Risk Policyholders*

The form of, and rates provided for in, this policy are exempt from the filing and approval requirements of the Rhode Island Department of Insurance.

## Notice to Washington Large Commercial Property Casualty Account Policyholders

The rates provided for in this policy have not and will not be filed with or approved by the Washington Department of Insurance.

2



# IMPORTANT INFORMATION

## NOTICE – OFFER OF TERRORISM COVERAGE
## NOTICE – DISCLOSURE OF PREMIUM

**THIS NOTICE DOES NOT FORM A PART OF YOUR POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY**

You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally the Act provides that to be certified an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 reauthorization of the Act no longer requires the act of terrorism to be committed by or on behalf of a foreign interest and certified acts of terrorism now encompass, for example, a terrorist act committed against the United States government by a United States citizen when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage is shown separately on your Policy Declarations, and is also included in the total premium.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.



Further, this coverage is subject to a limit on our liability, pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

| AGENT | NEW | REPLACEMENT OF |
|---|---|---|
| **THE HAUSER GROUP** | [ ] | RENEWAL OF  GAR 2083559359 |

## GARAGE COVERAGE FORM
### DECLARATIONS

**CNA**
333 S. Wabash Avenue
Chicago, Illinois 60604

**1.**

| PRODUCER NO. | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|
| 051673 | 690 | GAR | 2083559359 |

NAMED INSURED & ADDRESS:
(Number & Street, Town, County, State & Zip Code)

**COUNTRY COACH, INC.**
**135 E. 1ST AVENUE**
**JUNCTION CITY, OR  97448**

NAMED INSURED'S BUSINESS:

[ ] INDIVIDUAL  [ ] PARTNERSHIP  [X] CORPORATION
[ ] OTHER

Policy Period: From: **8-1-2008 To: 8-1-2009**
This Policy becomes effective and expires at 12:01 a.m.
Standard Time at your Mailing Address Shown Above.

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

[X]  Continental Casualty Company
[ ]  National Fire Insurance Company of Hartford
[ ]  American Casualty Company of Reading, Pa.
[ ]  Transportation Insurance Company
[ ]  Transcontinental Insurance Company
[ ]  Valley Forge Insurance Company

**THIS DECLARATION MUST BE COMPLETED BY THE ATTACHMENT OF A SUPPLEMENTARY SCHEDULE**

**2.**  SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for "garage operations."

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form shows which autos are covered autos.) | LIMIT | | | | PREMIUM |
|---|---|---|---|---|---|---|
| | | Each "Accident" "Garage operations" | | Aggregate "Garage Operations" | | |
| | | "Auto" Only | Other Than "Auto" Only | Other Than "Auto" Only | | |
| LIABILITY | 21 | $ 1,000,000 | $ 1,000,000 | $ 2,000,000 | | 94,000 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | 25 | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS $      Ded. STATUTORY MINIMUM LIMITS | | | | INCLUDED |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT. | | | | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $      Ded. FOR EACH ACCIDENT. | | | | |
| MEDICAL PAYMENTS | 22 | $      5,000 | | | | INCLUDED |
| UNINSURED MOTORISTS UNDERINSURED MOTORISTS (when not included in Uninsured Motorists Coverage) | | $ | | | | |
| GARAGEKEEPERS COMPREHENSIVE COVERAGE | 30 | $ 1,000,000 FOR EACH LOCATION MINUS $      25,000 Ded. FOR EACH COVERED AUTO FOR LOSS. | | | | |
| GARAGEKEEPERS SPECIFIED CAUSES OF LOSS COVERAGE | | CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ 50,000 MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | | | INCLUDED |
| GARAGEKEEPERS COLLISION COVERAGE | 30 | $ 1,000,000 EACH LOCATION MINUS $      25,000 Ded. FOR EACH COVERED AUTO. | | | | INCLUDED |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25,000 Ded. FOR EACH COVERED AUTO BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. | | | | INCLUDED |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. | | | | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 31 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25,000 Ded. FOR EACH COVERED AUTO. See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. | | | | INCLUDED |
| PHYSICAL DAMAGE TOWING AND LABOR | | $      for each disablement of a private passenger "auto" | | | | |

| ENDORSEMENTS ATTACHED TO THIS COVERAGE FORM: | |
|---|---|
| IL 00 21-Broad Form Nuclear Exclusion (Not Applicable in New York) | PREMIUM FOR ENDORSEMENTS |
| | ESTIMATED TOTAL PREMIUM |
| **SEE ENDORSEMENT #1** | |

ESTIMATED TOTAL PREMIUM   94,000

Chairman of the Board

Corporate Secretary

Countersigned by

Authorized Agent

G-56265-B
CA  0006  12 88



Policy No. GAR  2083559359

## GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS' SUPPLEMENTARY SCHEDULE

## ITEM THREE

**LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS.**

| Location No. | Address<br>state **your** main business location as Location No. 1 |
|---|---|
| 1 | 135 E. 1ST AVENUE, JUNCTION CITY, OR  97448 |
| 2 | |
| 3 | |

## ITEM FOUR

**LIABILITY COVERAGE—PAYROLL RATING BASIS FOR YOUR PREMISES AND OPERATIONS AND NONOWNED AUTOS USED IN YOUR BUSINESS. REFER TO ITEM SIX FOR THE LIABILITY PREMIUMS FOR THE COVERED AUTOS YOU HIRE OR BORROW. REFER TO ITEM SEVEN FOR COVERED AUTOS YOU OWN.**

| Location No. | Estimated Payroll | Rate per $100 of Payroll | Premium |
|---|---|---|---|
| 1 | IF ANY | IF ANY | INCLUDED |
| 2 | | | |
| 3 | | | |
| | | TOTAL PREMIUM | INCLUDED |

## ITEM FIVE

**GARAGEKEEPERS COVERAGES AND PREMIUMS.**

| Location No. | Coverages | Limit of Insurance For Each Location (Absence of a limit or deductible below means that the corresponding ITEM TWO limit or deductible applies) |
|---|---|---|
| 1 | Comprehensive | $ 1,000,000 MINUS $ 25,000 DEDUCTIBLE FOR EACH COVERED AUTO |
| | Specified Causes of Loss | FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ 50,000 MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | Collision | $ 1,000,000 MINUS $ 25,000 DEDUCTIBLE FOR EACH COVERED AUTO. |
| 2 | Comprehensive | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO |
| | Specified Causes of Loss | FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | Collision | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO. |
| 3 | Comprehensive | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO |
| | Specified Causes of Loss | FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| | Collision | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO. |

G-56273-B


## GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS'
### SUPPLEMENTARY SCHEDULE (Continued)

( )

### PREMIUM FOR ALL LOCATIONS

| | |
|---|---|
| Comprehensive | **$ INCLUDED** |
| Specified Causes of Loss | $ |
| Collision | **$ INCLUDED** |

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below by "☒."

DIRECT COVERAGE OPTIONS

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the covered "auto's" owner.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is primary insurance.

## ITEM SIX
### SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.
LIABILITY COVERAGE—RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If liab. cov. is primary) | PREMIUM | |
|---|---|---|---|---|---|
| IF ANY | | | | INCLUDED | |
| | | | | **TOTAL PREMIUM** | INCLUDED |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

### PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY, DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR $ 1,000,000 WHICHEVER IS LESS, MINUS $ 25,000 Ded. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE, APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | | | INCLUDED |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OF REPAIRS OR $ WHICHEVER IS LESS, MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | | | |
| COLLISION | ACTUAL CASH VALUE, COST OF REPAIRS OR $ 1,000,000 WHICHEVER IS LESS, MINUS $ 25,000 Ded. FOR EACH COVERED AUTO | | | INCLUDED |

56274-B



# GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS' SUPPLEMENTARY SCHEDULE (Continued)

## ITEM SEVEN

### SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION | | | | TERRITORY |
|---|---|---|---|---|---|
| | Year Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | | PURCHASED | | Town & State Where the Covered Auto will be principally garaged |
| | | | Original Cost New | Actual Cost & NEW (N) USED (U) | |
| 1 | | | | | |
| 2 | ON FILE WITH COMPANY | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Covered Auto No. | CLASSIFICATION | | | | | | | Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss |
|---|---|---|---|---|---|---|---|---|
| | Radius of Operation | Business use s = service r = retail c = commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor | | Secondary Rating Factor | Code |
| | | | | | Liab. | Phy. Dam. | | |
| 1 | | | | | | | | |
| 2 | ON FILE WITH COMPANY | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

| Covered Auto No. | COVERAGES—PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | | PROP. PROT. (Mich. only) | |
| | Limit | Premium | Limit stated in each P.I.P. End. minus deductible shown below | Premium | Limit stated in each Added P.I.P. End. Premium | Premium | Limit stated in P.P.I. End. minus deductible shown below | Premium |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| Total Premium | | INCL. | | INCL. | N/A | | | N/A |

| Covered Auto No. | COVERAGES—PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | |
|---|---|---|
| | AUTO. MED PAY | |
| | Limit | Premium |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| Total Premium | | INCL. |

G-56275-B

CA  00  08  12  90



Policy No. GAR <u>2083559359</u>

## GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS' SUPPLEMENTARY SCHEDULE (Continued)

| Covered Auto No. | COVERAGES—PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR | |
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit Per Disablement | Premium |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| Total Premium | | INCLUDED | N/A | | | INCLUDED | | N/A |

## ITEM EIGHT

**MEDICAL PAYMENTS COVERAGE—PREMISES AND OPERATIONS—NONOWNED AUTOS USED IN YOUR BUSINESS. REFER TO ITEM SEVEN FOR MEDICAL PAYMENTS PREMIUMS FOR COVERED AUTOS YOU OWN.**

| Coverage | Premium Determination | Premium |
|---|---|---|
| Auto Medical Payments Only | Auto Medical Payments Premium equals         % of the Liability Premium | INCL |
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | Premises and Operations Medical Payments Premium equals         % of the Liability Premium | N/A |
| Premises and Operations and Auto Medical Payments | Premises and Operations and Auto Medical Payments Premium equals         % of the Liability Premium | N/A |

G-56276-B

CA  00  08  12  90


Policy No. GAR 2083559359

# GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS'
## SUPPLEMENTARY SCHEDULE (Continued)

## ITEM NINE

**PHYSICAL DAMAGE COVERAGE—AUTOS HELD FOR SALE—
TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS—
PREMUIMS—REPORTING OR NONREPORTING BASIS**

The PHYSICAL DAMAGE COVERAGE provisions of the Garage Coverage Form relating to dealers apply to those autos held for sale by non-dealers and trailer dealers.

Each of the following PHYSICAL DAMAGE COVERAGE coverages that is indicated in ITEM TWO applies only to the types of "autos" and interests indicated below by "☒."

| Coverages | Type of "autos" | | Interests covered | | | |
|---|---|---|---|---|---|---|
| | New "Autos" | Used "autos" and Demonstrators | Your interest in covered "autos" you own | Your interest only in financed covered "autos" | Your interest and the interest of any creditor named as a loss payee | All interests in any "auto" not owned by you or any creditor while in your possession on consignment for sale |
| Comprehensive | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ |
| Specified Causes of Loss | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Collision | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ |

| Location No. | Coverages | Limit of Insurance For Each Location | Rates | Premium |
|---|---|---|---|---|
| 1 | Comprehensive / Specified Causes of Loss | $ 1,500,000 MINUS $ 25,000 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | INCLUDED |
| 2 | Comprehensive / Specified Causes of Loss | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | |
| 3 | Comprehensive / Specified Causes of Loss | $      MINUS $      DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $      MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | |

| All | Collision | $ 1,300,000 MINUS $ 25,000 DEDUCTIBLE FOR EACH COVERED AUTO | | INCLUDED |
|---|---|---|---|---|
| | | **BLANKET ANNUAL COLLISION RATES** | | |
| | | First $50,000 / $50,001 to $100,000 / Over $100,000 | Adjustment Factor | Premium |
| | | | | |

| TOTAL PREMIUM | |
|---|---|

Our limit of insurance for "loss" at locations other than those stated in ITEM THREE.
$ 3,000,000 Additional locations where you store covered "autos"
$ 300,000 In transit

G-56277-B

CA  00  08  12  90



## GARAGE COVERAGE FORM—NON-DEALERS' AND TRAILER DEALERS' SUPPLEMENTARY SCHEDULE (Continued)

**PREMIUM BASIS**—Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "☒").

☐ **REPORTING BASIS** (Quarterly or Monthly as indicated below by "☒").

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your employees or family members and other non-employees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in ITEM THREE above. For your main sales location you must include the total value of all service vehicles.

**YOUR REPORTING BASIS IS:**

☐ QUARTERLY You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to use by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ MONTHLY You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☒ **NON REPORTING BASIS.** Stated limit of insurance shown above applies.

**Loss Payee**—Any loss is payable as interest may appear to you and:

167-B

# GARAGE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos." The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Nine of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Nine). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees," partners, (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-Owned "Autos" Used In Your Garage Business | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your garage business described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households while used in your garage business. |

   Copyright, ISO Properties, Inc., 2005

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any customer's land motor vehicle or trailer or semitrailer while left with you for service, repair, storage or safekeeping. Customers include your "employees," and members of their households, who pay for the services performed. |
| 31 | Dealers "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25,** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Liability coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

1. **"Garage Operations" – Other Than Covered "Autos"**

   a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this

insurance applies caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos."

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "accident" occurs in the coverage territory;

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no "insured" listed under Who Is An Insured and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Who Is An Insured or any

"employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Who Is An Insured or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. "Garage Operations" – Covered "Autos"**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance – "Garage Operations" – Covered "Autos" has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

**a.** The following are "insureds" for covered "autos":

**(1)** You for any covered "auto."

**(2)** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(a)** The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(b)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(c)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is your "garage operations."

**(d)** Your customers. However, if a customer of yours:

**(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(ii)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(e)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**(3)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

 Copyright, ISO Properties, Inc., 2005

(4) Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

b. The following are "insureds" for "garage operations" other than covered "autos":

(1) You.

(2) Your partners (if you are a partnership), members (if you are a limited liability company), "employees," directors or shareholders but only while acting within the scope of their duties.

## 4. Coverage Extensions

### a. Supplementary Payments

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### b. Out-Of-State Coverage Extensions

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured." But for "garage operations" other than covered "autos" this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### 2. Contractual

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

### 4. Employee Indemnification And Employer's Liability

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

c. A person arising out of any:

(1) Refusal to employ that person;

(2) Termination of that person's employment; or

(3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation,

Copyright, ISO Properties, Inc., 2005

CA 00 05 03 06

reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**d.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(1)**, **(2)** or **(3)** above are directed.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract." For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**a.** Property owned, rented or occupied by the "insured";

**b.** Property loaned to the "insured";

**c.** Property held for sale or being transported by the "insured"; or

**d.** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**8. Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or

threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(2)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(3)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(a)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(b)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured," contractor or subcontractor; or

**(4)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **a.(1)** and **a.(3)(b)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **a.(1)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **a.(3)(b)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants."

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**9. Pollution Exclusion Applicable To "Garage Operations" – Covered "Autos"**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**10. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**11. Watercraft Or Aircraft**

Any watercraft or aircraft except watercraft while ashore on premises where you conduct "garage operations."

**12. Defective Products**

"Property damage" to any of your "products," if caused by a defect existing in your "products" or any part of your "products," at the time it was transferred to another.

**13. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**14. Loss Of Use**

Loss of use of other property not physically damaged if caused by:

**a.** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**b.** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed." But this exclusion, **14.b.**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**15. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or

   Copyright, ISO Properties, Inc., 2005   CA 00 05 03 06

other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**16. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**17. Distribution Of Material In Violation Of Statutes Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**C. Limit Of Insurance**

**1. Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos"**

For "garage operations" other than the ownership, maintenance or use of covered "autos," the following applies:

Regardless of the number of "insureds," claims made or "suits" brought or persons or organizations making claims or bringing "suits," the most we will pay for the sum of all damages involving "garage operations" other than "auto" is the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

Damages payable under the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" consist of damages

resulting from "garage operations," other than the ownership, maintenance or use of the "autos" indicated in Section I of this Coverage Form as covered "autos," including the following coverages, if provided by endorsement:

a. "Personal injury" liability coverage;

b. "Personal and advertising injury" liability coverage;

c. Host liquor liability coverage;

d. Fire legal liability coverage;

e. Incidental medical malpractice liability coverage;

f. Non-owned watercraft coverage; and

g. Broad form products coverage.

Damages payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" are not payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos."

Subject to the above, the most we will pay for all damages resulting from all "bodily injury" and "property damage" resulting from any one "accident" is the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

The Aggregate Limit of Insurance – "Garage Operations" Other Than Covered "Autos" applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos."

**2. Limit Of Insurance – "Garage Operations" – Covered "Autos"**

For "accidents" resulting from "garage operations" involving the ownership, maintenance or use of covered "autos," the following applies:

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident"

involving a covered "auto" is the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos" for Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos" are not payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos."

All "bodily injury," "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## D. Deductible

We will deduct $100 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto."

## SECTION III – GARAGEKEEPERS COVERAGE

### A. Coverage

1. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The "customer's auto's" collision with another object; or

      (2) The "customer's auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft; or

      (3) Mischief or vandalism.

   c. **Collision Coverage**

      Caused by:

      (1) The "customer's auto's" collision with another object; or

      (2) The "customer's auto's" overturn.

2. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking

damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

### 3. Who Is An Insured

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

   a. You.

   b. Your partners (if you are a partnership), members (if you are a limited liability company), "employees," directors or shareholders while acting within the scope of their duties as such.

### 4. Coverage Extensions

The following applies as Supplementary Payments. We will pay for the "insured":

   a. All expenses we incur.

   b. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

   c. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

   d. All costs taxed against the "insured" in any "suit" against the "insured" we defend.

   e. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### B. Exclusions

1. This insurance does not apply to any of the following:

   a. **Contractual Obligations**

      Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss." But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

   b. **Theft**

      "Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders.

 Copyright, ISO Properties, Inc., 2005 CA 00 05 03 06

c. **Defective Parts**

Defective parts or materials.

d. **Faulty Work**

Faulty "work you performed."

2. We will not pay for "loss" to any of the following:

a. Tape decks or other sound reproducing equipment unless permanently installed in a "customer's auto."

b. Tapes, records or other sound reproducing devices designed for use with sound reproducing equipment.

c. Sound receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

d. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measuring equipment.

3. We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. **Limits Of Insurance And Deductibles**

1. Regardless of the number of "customer's autos," "insureds," premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by:

a. Collision; or

b. With respect to Garagekeepers Coverage Comprehensive or Specified Causes of Loss Coverage

(1) Theft or mischief or vandalism; or

(2) All perils.

2. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

a. Theft or mischief or vandalism; or

b. All perils.

3. Sometimes to settle a claim or "suit," we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**

A. **Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

a. **Comprehensive Coverage**

From any cause except:

(1) The covered "auto's" collision with another object; or

(2) The covered "auto's" overturn.

b. **Specified Causes Of Loss Coverage**

Caused by:

(1) Fire, lightning or explosion;

(2) Theft;

(3) Windstorm, hail or earthquake;

(4) Flood;

(5) Mischief or vandalism; or

(6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto."

c. **Collision Coverage**

Caused by:

(1) The covered "auto's" collision with another object; or

(2) The covered "auto's" overturn.

2. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

a. Glass breakage;

b. "Loss" caused by hitting a bird or animal; and

c. "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

3. **Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto."

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

B. **Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **Nuclear Hazard**

      (1) The explosion of any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. **War Or Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any of the following:

   a. Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

   b. Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or

activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

c. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

d. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

e. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

f. Any accessories used with the electronic equipment described in Paragraph **e.** above.

Exclusions **2.e.** and **2.f.** do not apply to:

a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss," and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

b. Any other electronic equipment that is:

   (1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

   (2) An integral part of the same unit housing any sound reproducing equipment described in Paragraph **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

3. **False Pretense**

   We will not pay for "loss" to a covered "auto" caused by or resulting from:

   a. Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

   b. Your acquiring an "auto" from a seller who did not have legal title.

4. We will not pay for:

Copyright, ISO Properties, Inc., 2005

a. Your expected profit, including loss of market value or resale value.

b. "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

c. Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

d. Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

5. We will not pay for "loss" to a covered "auto" due to "diminution in value."

**6. Other Exclusions**

We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

a. Wear and tear, freezing, mechanical or electrical breakdown; or

b. Blowouts, punctures or other road damage to tires.

**C. Limits Of Insurance**

1. The most we will pay for "loss" to any one covered "auto" is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of "loss"; or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss."

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

4. The following provisions also apply:

a. Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

b. **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last

reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the value you actually had on the date of your last report.

If the first report due is delinquent on the date of "loss," the most we will pay will not exceed 75 percent of the Limit of Insurance shown in the Declarations for the applicable location.

c. **Non-Reporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the limit by the total values you actually had when "loss" occurred.

**D. Deductible**

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations provided that:

1. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

a. Theft or mischief or vandalism; or

b. All perils.

2. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

a. Theft or mischief or vandalism; or

b. All perils.

**SECTION V – GARAGE CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of "accident," claim, "suit" or "loss," you must give us or our authorized representative prompt notice of the accident or "loss." Include:

(1) How, when and where the "accident" or "loss" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit."

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss," our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium

charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto."

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability coverage is primary for any liability assumed under an "insured contract."

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total

premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury," "property damage" and "losses" occurring; and

**b.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico;

**d.** Canada; and

**e.** Anywhere in the world if:

**(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "bodily injury," "property damage," "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does

not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION VI – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants."

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants."

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Customer's auto" means a customer's land motor vehicle, "trailer" or semitrailer. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees," and members of their households who pay for services performed.

**F.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss."

**G.** "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

**H.** "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. "Garage operations" includes the ownership, maintenance or use of the "autos" indicated in Section I of this Coverage Form as covered "autos." "Garage operations" also include all operations necessary or incidental to a garage business.

**I.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**J.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. An elevator maintenance agreement; or

7. That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees," of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees."

An "insured contract" does not include that part of any contract or agreement:

1. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   a. Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

   b. Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

2. That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

3. That pertains to the loan, lease or rental of an "auto," to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver.

4. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

5. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

K. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

L. "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

M. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

N. "Products" includes:

   1. The goods or products you made or sold in a garage business; and

   2. The providing of or failure to provide warnings or instructions.

O. "Property damage" means damage to or loss of use of tangible property.

P. "Suit" means a civil proceeding in which:

   1. Damages because of "bodily injury" or "property damage"; or

   2. A "covered pollution cost or expense,"

   to which this insurance applies, are claimed.

   "Suit" includes:

   a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

Q. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

R. "Trailer" includes semitrailer.

S. "Work you performed" includes:

   1. Work that someone performed on your behalf; and

   2. The providing of or failure to provide warnings or instructions.

     Copyright, ISO Properties, Inc., 2005

INTERLINE
IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

          Copyright, Insurance Services Office, Inc., 1998

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
   TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury" or "property damage":
      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;
      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or
      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or explosive properties.
   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".
   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.
   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".
   "Waste" means any waste material **(a)** containing "by-product material" other than the tailings or

wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

- **(a)** Any "nuclear reactor";
- **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";
- **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of

the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

- **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 1997 IL 00 21 04 98

## ENDORSEMENT LISTING

CA 0005(03/06)

IL 0017

G-39543-A

9-23188B

9-23225-A

CA 2001

CA 2505

CA 2508

CA 2514

CA 2536

CA 2539

G-17832-A

IL 0279

CA 0149

CA 2236

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared With the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 1 | GAR 2083559359 | | |



MRC/M30GARM8

Countersigned by _____

Authorized Representative

G-39543A

**NAMED INSURED ENDORSEMENT**

COUNTRY COACH, INC.

COUNTRY COACH HOLDINGS, LLC

COUNTRY COACH, LLC

COUNTRY COACH MERGER, LLC

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared With the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 2 | GAR 2083559359 | | |



MRC/M02GARM8

Countersigned by _____

Authorized Representative

G-39543A

## COMPOSITE RATE ENDORSEMENT

THE ADVANCE PREMIUM FOR THIS POLICY IS AN ESTIMATED ANNUAL PREMIUM BASED ON THE EXPOSURES YOU TOLD US YOU WOULD HAVE. THE ADVANCE PREMIUMS WERE COMPUTED BY MULTIPLYING OUR COMPOSITE RATES PER $100. PAYROLL BY YOUR ESTIMATED PAYROLL FOR THE POLICY PERIOD 08-01-2008 TO 08-01-2009.

| COVERAGE | PAYROLL | COMPOSITE RATES | ESTIMATED PREMIUM |
|---|---|---|---|
| GARAGE LIABILITY | $   N/A | FLAT | $  94,000. * |
| GARAGEKEEPERS LEGAL LIABILITY | N/A | FLAT | INCL. |
| | | | $  94,000. * |

WE WILL COMPUTE YOUR FINAL PREMIUM DUE WHEN WE DETERMINE YOUR ACTUAL EXPOSURES BY AUDIT.  YOUR FINAL PREMIUM DUE WILL BE BASED ON THE AUDITED PAYROLLS.

* MINIMUM PREMIUM IS 100% OF ESTIMATED PREMIUM

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared With the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 3 | GAR 2083559359 | | |



Countersigned by  _____

MRC/M04GARM8                          G-39543A                    Authorized Representative

## PREMIUM PAYMENT ENDORSEMENT

THE ESTIMATED ANNUAL PREMIUM OF $94,000. FOR THE POLICY PERIOD 08-01-2008 TO 08-01-2009 IS DUE AND PAYABLE AS FOLLOWS:

| DUE DATE | GARAGE LIABILITY PREMIUM DUE (N/S) |
|----------|-----------------------------------|
| 08/01/2008 | $ 7,837. |
| 09/012008 | 7,833. |
| 10/01/2008 | 7,833. |
| 11/01/2008 | 7,833. |
| 12/01/2008 | 7,833. |
| 01/01/2009 | 7,833. |
| 02/01/2009 | 7,833. |
| 03/01/2009 | 7,833. |
| 04/01/2009 | 7,833. |
| 05/01/2009 | 7,833. |
| 06/01/2009 | 7,833. |
| 07/01/2009 | 7,833. |
| **TOTAL** | **$ 94,000.** |

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | |
|---|---|
| ENDT. NO. | POLICY NO. |
| 4 | GAR 2083559359 |

| Complete Only When This Endorsement Is Not Prepared With the Policy Or Is Not to be Effective with the Policy | |
|---|---|
| ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |



Countersigned by _____

                                  Authorized Representative

MRC/M44GARM8                G-39543A

## RECOUPMENT AND SURCHARGE ENDORSEMENT
## GARAGE COVERA POLICY

THE COMPANY ACTS AS A TAX COLLECTOR WITH RESPECT TO PREMIUM SURCHARGES AND IS REQUIRED TO COLLECT AND REMIT THE FOLLOWING SURCHARGES TO THE APPLICABLE STATE:

**KENTUCKY**

PREMIUM SURCHARGE                     (1.5%) OF        $ TBD AT AUDIT
                                      ALL AUTO PREMIUM

**MICHIGAN**

MCCA ASSESSMENT                       ($123.15)        $ TBD AT AUDIT
                                      PER AUTO

**NEW YORK**

NEW YORK SURCHARGE                    ($5.00)          $ TBD AT AUDIT
                                      PER AUTO

**NEW JERSEY**

PLIGA                                 (0.330%)         $ TBD AT AUDIT

**TEXAS**

AUTO THEFT PREVENTION SURCHARGE       ($1.00)          $ TBD AT AUDIT
                                      PER AUTO

**WEST VIRGINIA**

WEST VIRGINIA INSURANCE PREMIUM SURCHARGE   (1.00%)    $ TBD AT AUDIT

                                      GRAND TOTAL      $ TBD AT AUDIT

This endorsement is part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared With the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO: | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 5 | GAR 2083559359 | | |



Countersigned by _____

MRC/M05GARM8                    G-39543A          Authorized Representative



9-23188-B
(Ed. 04/90)

**POLICY NUMBER: GAR 2083559359**
**ENDT. NO. 6**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FEDERAL TRUTH IN LENDING ACT COVERAGE

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

**SCHEDULE**

**Aggregate Limit of Liability $     2,000,000    **          **Premium $    INCLUDED    **

**A.** SECTION II – LIABILITY COVERAGE is changed as follows:

All sums the insured legally must pay as damages due to a violation of the **Federal Truth in Lending Act.** We will also defend suits asking for damages if covered by this endorsement. However, we will not pay for damages or be required to defend or reimburse for any lawsuit or other dispute arising out of or in connection with any intentional, dishonest, fraudulent or criminal act done by or at the instigation of any insured whether acting alone or in collusion with others.

**B.** SECTION II – LIABILITY COVERAGE – **C.** Limit of Insurance is changed as follows:

Under Federal Truth in Lending Act Coverage, the most we will pay for damages due to all violations that occur during the policy period is the amount shown in the schedule above.

**C.** SECTION VI – DEFINITIONS is changed as follows:

**FEDERAL TRUTH IN LENDING ACT** means S1640. "CIVIL LIABILITY – FAILURE TO DISCLOSURE", in Title **15** of the **United States Code Annotated** as amended.



9-23225-A
(Ed. 05/89)

**POLICY NUMBER: GAR 2083559359**
**ENDT. NO. 7**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

**A.** LIABILITY COVERAGE is changed by adding the following exclusions:

This insurance does not apply to:

1. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened exposure at any time to "asbestos;" or

2. Any loss, cost or expense that may be awarded or incurred:

   **a.** by reason of claim or "suit" for any such injury or damage; or

   **b.** in complying with a governmental direction or request to test for, monitor, clean up, remove, contain, or dispose of "asbestos."

**B.** ADDITIONAL DEFINITION

The following is added to the DEFINITIONS SECTION:

"Asbestos" means the mineral in any form whether or not the asbestos was at any time:

1. airborne as a fiber, particle or dust;

2. contained in or formed a part of a product, structure or other real or personal property;

3. carried on clothing;

4. inhaled or ingested; or

5. transmitted by any other means.

**POLICY NUMBER: GAR 2083559359**
**ENDT. NO. 8**

**COMMERCIAL AUTO**
**CA 20 01 03 06**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM**
**GARAGE COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**
**TRUCKERS COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**<br>**Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:**<br>**Title:**<br><br>**Signature:**<br>**Date:** |

### SCHEDULE

| | |
|---|---|
| **Insurance Company:    CONTINENTAL CASUALTY COMPANY** | |
| **Policy Number:    GAR 2083559359** | **Effective Date: 8-1-2008** |
| **Expiration Date:    8-1-2009** | |
| **Named Insured:    COUNTY COACH, INC.** | |
| **Address:        135 E. 1ST AVENUE, JUNCTION CITY, OR  97448** | |
| **Additional Insured (Lessor):  ANY LESSOR THAT RENTS OR LEASE AN AUTO TO YOU. "LEASED<br>                    AUTO" AS DEFINED UNDER SECTION "E" OF THIS ENDORSEMENT.** | |
| **Address:** | |
| **Designation Or Description of "Leased Autos": ANY LEASED AUTO AS DEFINED UNDER SECTION "E"<br>                    OF THIS ENDORSEMENT.** | |

| Coverages | Limit Of Insurance |
|---|---|
| Liability | $  1,000,000.                    Each "Accident" |
| Comprehensive | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br>$      25,000.            Deductible For Each Covered "Leased Auto" |
| Collision | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br>$      25,000.            Deductible For Each Covered "Leased Auto" |
| Specified<br>Causes Of Loss | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br>$                Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, **Who Is An Insured** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or

---

CA 20 01 03 06                    Copyright, ISO Properties, Inc., 2005                    Page 1 of 2

"property damage" resulting from the acts or omissions by:

a. You;

b. Any of your "employees" or agents; or

c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

Copyright, ISO Properties, Inc., 2005

POLICY NUMBER:  GAR 2083559359
ENDT. NO. 9

COMMERCIAL AUTO
CA 25 05 03 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GARAGE LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

### GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable medical and funeral expenses to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from:

1. The maintenance or use of the locations shown in the Declarations and that portion of the roads or other accesses that adjoin these locations for garage business.

2. All operations necessary or incidental to a garage business.

We will pay only those expenses incurred for services rendered within one year from the date of the "accident."

**B. Exclusions**

This insurance does not apply to:

1. "Bodily injury" resulting from the maintenance or use of any "auto."

2. "Bodily injury" to a person, whether or not an "employee" of any "insured," if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

3. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

4. "Bodily injury" to any "insured."

**C. Limit Of Insurance**

Regardless of the number of persons who sustain "bodily injury" or claims made, the most we will pay for "bodily injury" for each person injured in any one "accident" is the Limit of Medical Payments Coverage shown in the Declarations.

**D. Changes In Conditions**

The **Transfer Of Rights Of Recovery Against Others To Us** Garage Condition does not apply.

     Copyright, ISO Properties, Inc., 2005

**POLICY NUMBER: GAR 2083559359**
**ENDT. NO. 10**

**COMMERCIAL AUTO**
**CA 25 08 03 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PERSONAL INJURY LIABILITY COVERAGE – GARAGES

This endorsement modifies insurance provided under the following:

### GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

### SCHEDULE

| Personal Injury Limit Of Insurance | Premium |
|---|---|
| 1,000,000 | $ INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

### A. Coverage

We will pay all sums the "insured" legally must pay as damages because of "personal injury" caused by an offense committed:

  **a.** In the conduct of your business; and

  **b.** In the Coverage Territory during the Policy Period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Personal Injury Limit of Insurance has been exhausted by payment of judgments or settlements.

### 1. Who Is An Insured

The following are "insureds":

  **a.** You and your spouse.

  **b.** Your partners (if you are a partnership) and their spouses, or members (if you are a limited liability company) and their spouses. None of your partners (if you are a partnership) or their spouses nor your members (if you are a limited liability company) or their spouses is an "insured"

for "personal injury" resulting from the conduct of any other partnership.

  **c.** Your "employees," executive officers, directors and stockholders but only while acting within the scope of their duties.

### 2. Coverage Extensions

The following applies as Supplementary Payments. We will pay for the "insured":

  **a.** All expenses we incur.

  **b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within the Personal Injury Limit of Insurance.

  **c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

  **d.** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

  **e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within the Personal Injury Limit of Insurance.

Copyright, ISO Properties, Inc., 2005

These payments will not reduce the Personal Injury Limit of Insurance.

## B. Exclusions

1. This insurance does not apply to:

   a. Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

   b. "Personal injury" arising out of advertising, publishing, broadcasting or telecasting done by or for you.

   c. "Personal injury" arising out of an electronic chatroom or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

   d. "Personal injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

   e. "Personal injury" arising out of oral or written publication of material whose first publication took place before the effective date of this insurance.

   f. "Personal injury" arising out of a criminal act committed by or at the direction of any "insured."

   g. "Personal injury" to:

      (1) A person arising out of any:

         (a) Refusal to employ that person;

         (b) Termination of that person's employment; or

         (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

      (2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph (a), (b) or (c) above is directed.

      This exclusion applies:

         (a) Whether the "insured" may be liable as an employer or in any other capacity; and

         (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   h. "Personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   i. Any loss, cost or expense arising out of any:

      (1) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

      (2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

   j. "Personal injury" arising directly or indirectly out of:

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

   k. "Personal injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

      (1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

      (2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

      (3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

2. The following is added to Paragraph **B. Exclusions** of **Section II – Liability Coverage:**

   **PERSONAL INJURY**

   "Bodily injury" arising out of "personal injury."

    Copyright, ISO Properties, Inc., 2005    CA 25 08 03 06

## C. Limit Of Insurance

The following is added to the **Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos"** provision in **Section II – Liability Coverage:**

Subject to the Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos" and regardless of the number of "insureds," claims made or "suits" brought or persons or organizations making claims or bringing "suits," the most we will pay for all damages because of all "personal injury" sustained by any one person or organization is the Personal Injury Limit of Insurance shown in the Schedule of the Personal Injury Liability Coverage – Garages Endorsement.

The Each "Accident" Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage does not apply to damages we pay because of "personal injury."

## D. Changes In Conditions

The **Policy Period, Coverage Territory** Garage Condition is changed by adding the following:

We also cover "personal injury" that occurs during the policy period shown in the Declarations and within the coverage territory.

For the purposes of this endorsement, the coverage territory is extended to anywhere in the world if:

1. The "personal injury" is caused by an "insured" who permanently lives within the coverage territory while the "insured" is temporarily outside of one of those places; or

2. The "personal injury" offense takes place through the Internet or similar electronic means of communication.

The original "suit" for damages resulting from such "personal injury" must be brought within the coverage territory.

## E. Additional Definition

As used in this endorsement:

"Personal injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

5. Oral or written publication, in any manner, of material that violates a person's right of privacy.

   Copyright, ISO Properties, Inc., 2005

POLICY NUMBER:  GAR 2083559359
ENDT. NO. 11

COMMERCIAL AUTO
CA 25 14 03 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BROADENED COVERAGE – GARAGES

This endorsement modifies insurance provided under the following:

### GARAGE COVERAGE FORM

The coverages provided by this endorsement are applicable only to "garage operations" other than the ownership, maintenance or use of the covered "autos."

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| Endorsement Effective Date: |
| **Countersignature Of Authorized Representative** |
| Name: |
| Title: |
| |
| Signature: |
| Date: |

### SCHEDULE

| Coverages | Limit Of Insurance | Premium |
|---|---|---|
| Personal Injury And Advertising Injury Liability Coverage | $  1,000,000 | INCLUDED |
| Fire Legal Liability Coverage | $50,000 for any one fire unless another limit is shown below:<br><br>$ | INCLUDED |
| | **Premium For This Endorsement** $ | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## SECTION I – PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE

### A. Coverage

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the Coverage Territory during the Policy Period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Personal And Advertising Injury Limit of

Insurance has been exhausted by payment of judgments or settlements.

### 1. Who Is An Insured

The following are "insureds":

**a.** You and your spouse.

**b.** Your partners (if you are a partnership) and their spouses or members (if you are a limited liability company) and their spouses. None of your partners (if you are a partnership) or their spouses nor your members (if you are a limited liability company) or their spouses is an "insured" for "personal and advertising injury" resulting from the conduct of any other partnership.

**c.** Your "employees," executive officers, directors and stockholders but only while acting within the scope of their duties.

Copyright, ISO Properties, Inc., 2005

2. **Coverage Extensions**

**SUPPLEMENTARY PAYMENTS**

We will pay for the "insured":

a. All expenses we incur.

b. The cost of bonds to release attachments in any "suit" against an "insured" we defend, but only for bond amounts within the Personal And Advertising Injury Limit of Insurance.

c. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the "insured" in any "suit" against an "insured" we defend.

e. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against an "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within the Personal And Advertising Injury Limit of Insurance.

These payments will not reduce the Personal And Advertising Injury Limit of Insurance.

B. **Exclusions**

1. This insurance does not apply to:

a. "Personal and advertising injury":

(1) For which the "insured" has assumed liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

(2) Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury."

(3) Arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

(4) Arising out of oral or written publication of material whose first publication took place before the effective date of this insurance.

(5) Arising out of a criminal act committed by or at the direction of any "insured."

(6) Arising out of breach of contract, except an implied contract to use another's advertising idea in your "advertisement."

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement."

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement."

(9) Arising out of an electronic chatroom or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

(10) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

(11) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement," of copyright, trade dress or slogan.

(12) Arising directly or indirectly out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(13) To:

(a) A person arising out of any:

(i) Refusal to employ that person;

(ii) Termination of that person's employment; or

(iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

Copyright, ISO Properties, Inc., 2005

CA 25 14 03 06

(b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (i), (ii) or (iii) above is directed.

This exclusion applies:

(a) Whether the "insured" may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

(14) Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

(15) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

2. The following is added to Paragraph **B. Exclusions of Section II – Liability Coverage:**

**PERSONAL AND ADVERTISING INJURY**

"Bodily injury" arising out of "personal and advertising injury."

C. **Personal And Advertising Injury Limit Of Insurance**

The following is added to the **Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos" Provision in Section II – Liability Coverage:**

Subject to the Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos" and regardless of the number of "insureds," claims-made or "suits" brought or persons or organizations making claim or bringing "suits," the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization is the Personal And Advertising Injury Limit of Insurance shown in the Schedule of the Broadened Coverage – Garages Endorsement.

The Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage does not apply to damages we pay because of "personal and advertising injury."

D. **Additional Definitions**

As used in this endorsement:

1. "Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement."

2. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

## SECTION II – HOST LIQUOR LIABILITY COVERAGE

**Liability Coverage** is changed by adding the following:

We will also pay all sums the "insured" legally must pay as damages because of "bodily injury" or "property damage" arising out of the giving or serving of alcoholic beverages at functions incidental to your garage business provided you are not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

## SECTION III – FIRE LEGAL LIABILITY COVERAGE

**Liability Coverage** for "garage operations" is changed as follows:

A. The insurance applies to "property damage" caused by fire to premises while rented to you or temporarily occupied by you with the permission of the owner.

B. Exclusions 3. through 17. do not apply to the insurance provided by this endorsement.

C. Subject to the Aggregate Limit Of Insurance – "Garage Operations" – Other Than "Auto," the most we will pay for all "property damage" resulting from any one fire is $50,000 unless another limit is shown in the Schedule of the Broadened Coverage – Garages Endorsement.

D. This insurance is excess over any collectible property insurance (including any deductible portion of that insurance) available to the "insured."

## SECTION IV – INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE

**Liability Coverage** is changed by adding the following exclusion:

This insurance does not apply to any "insured" in the business or occupation of providing any of the services listed under the following definition.

As used in this endorsement:

"Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

"Bodily injury" also includes injury resulting from:

1. Providing or failing to provide any medical or related professional health care services;

2. Furnishing food or drink connected with any medical or other professional health care services; or

3. Furnishing or dispensing drugs or medical, dental or surgical supplies or appliances.

## SECTION V – NON-OWNED WATERCRAFT COVERAGE

**Liability Coverage** is changed as follows:

A. The **Watercraft Or Aircraft** Exclusion is replaced by the following:

This insurance does not apply to:

1. Any aircraft; or

2. Any watercraft except a watercraft under 26 feet that is not owned by you nor being used to carry persons or property for a charge.

But this exclusion does not apply to watercraft while ashore on premises where you conduct "garage operations."

B. If there is other applicable insurance covering damages payable under Non-Owned Watercraft Coverage, we will not make any payments under this coverage.

## SECTION VI – ADDITIONAL PERSONS INSURED

**Liability Coverage** is changed by adding the following to Who Is An Insured:

If you are a partnership, the spouse of a partner is an "insured" with respect to the conduct of your garage business.

## SECTION VII – AUTOMATIC LIABILITY COVERAGE – NEWLY ACQUIRED GARAGE BUSINESSES (90 DAYS)

As used in this endorsement:

"Insured" means any person or organization qualifying as an insured in the Who Is An Insured Provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

"Insured" also includes as named "insured" any garage business that is acquired or formed by you and over which you maintain ownership or majority interest.

However, "insured" does not include any garage business:

1. That is a joint venture;

2. That is an "insured" under any other similar liability or indemnity policy;

3. That has exhausted its Limit of Insurance under any other similar liability or indemnity policy; or

4. 90 days or more after its acquisition or formation by you.

## SECTION VIII – LIMITED WORLDWIDE LIABILITY COVERAGE

A. The **Policy Period, Coverage Territory** Garage Condition is changed by adding the following:

  Copyright, ISO Properties, Inc., 2005

We also cover "bodily injury," "property damage," or "personal and advertising injury" that occurs during the policy period shown in the Declarations within the coverage territory.

For purposes of this endorsement, the coverage territory is extended to anywhere in the world if:

1. The "bodily injury," "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the coverage territory while the "insured" is temporarily outside of one of those places; or

2. The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication.

The original "suit" for damages resulting from such "bodily injury," "property damage," or "personal and advertising injury" must be brought within the coverage territory.

B. We will not provide **Limited Worldwide Liability Coverage** for any "work you performed."

Copyright, ISO Properties, Inc., 2005

POLICY NUMBER: GAR 2083559359
ENDT. NO. 12

COMMERCIAL AUTO
CA 25 36 03 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGE COVERAGE FORM – OTHER THAN COVERED AUTOS EXPOSURE – TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Exclusion **8. Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"** is replaced by the following:

**8. Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"**

a. "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(1) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building occupants or their guests at or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured"; or

(2) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire:

(a) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured"; or

(b) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured," contractor or subcontractor.

A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

b. Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants."

Copyright, ISO Properties, Inc., 2005

POLICY NUMBER: GAR 2083559359
ENDT. NO. 13

COMMERCIAL AUTO
CA 25 39 03 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR OTHER THAN COVERED AUTOS EXPOSURE – GARAGE COVERAGE FORM

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** for **"Garage Operations" – Other Than Covered "Autos"** of Section II – Liability Coverage in the Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR OTHER THAN COVERED AUTOS EXPOSURE – GARAGE COVERAGE FORM**

This insurance does not apply to:

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust."

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any "insured" or by any other person or entity.

**B.** If the Personal Injury Liability Coverage – Garages endorsement is attached, the following exclusion is added to Paragraph **B. Exclusions:**

This insurance does not apply to:

**a.** "Personal injury" arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any "insured" or by any other person or entity.

**C.** If the Broadened Coverage – Garages endorsement is attached, the following exclusion is added to **B. Exclusions** of Section I – **Personal And Advertising Injury Liability Coverage:**

This insurance does not apply to:

**a.** "Personal and advertising injury" arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any "insured" or by any other person or entity.

**D. Additional Definitions**

As used in this endorsement:

**a.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**b.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CA 25 39 03 06                    Copyright, ISO Properties, Inc., 2005                    Page 1 of 1



G-17832-A
(Ed. 11/91)

**POLICY NUMBER:  GAR 2083559359**
**ENDT. NO. 14**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CANCELLATION BY US

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS' COVERAGE FORM

Paragraph **2.** of Cancellation (Common Policy Conditions) is replaced by the following:

**2.**  We may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

    **a.  10**   days before the effective date of cancellation if we cancel for non-payment of premium, or

    **b.  60**   days before the effective date of cancellation if we cancel for any other reason.

IL 02 79 09 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2.** If this policy has been in effect for:

    **a.** Fewer than 60 days and is not a renewal policy, we may cancel for any reason.

    **b.** 60 days or more or is a renewal policy, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

      **(3)** Substantial increase in the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation or court decision;

      **(4)** Failure to comply with reasonable loss control recommendations;

      **(5)** Substantial breach of contractual duties, conditions or warranties;

      **(6)** Determination by the commissioner that the continuation of a line of insurance or class of business to which the policy belongs will jeopardize our solvency or will place us in violation of the insurance laws of Oregon or any other state; or

      **(7)** Loss or decrease in reinsurance covering the risk.

    **c.** 60 days or more or is a renewal policy, we may cancel for any other reason approved by the commissioner by rule, but only with respect to insurance provided under the following:

      **(1)** A package policy that includes commercial property and commercial liability insurance;

      **(2)** Commercial Automobile Coverage Part;

      **(3)** Commercial General Liability Coverage Part;

      **(4)** Commercial Property Coverage Part – Legal Liability Coverage Form;

      **(5)** Commercial Property Coverage Part – Mortgageholders Errors And Omissions Coverage Form;

      **(6)** Employment-Related Practices Liability Coverage Part;

      **(7)** Farm Coverage Part – Farm Liability Coverage Form;

      **(8)** Liquor Liability Coverage Part;

      **(9)** Products/Completed Operations Liability Coverage Part; or

      **(10)** Professional Liability Coverage Part.

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is amended by the addition of the following:

  **3.** We will mail or deliver to the first Named Insured written notice of cancellation, stating the reason for cancellation.

Copyright, ISO Properties, Inc., 2006

C. The following is added to the **Cancellation** Common Policy Condition:

   7. **Number Of Days' Notice Of Cancellation:**

      a. With respect to insurance provided under **2.c.(1)** through **(10)** above, cancellation will not be effective until at least 10 working days after the first Named Insured receives our notice.

      b. With respect to insurance other than that provided under **2.c.(1)** through **(10)** above, cancellation will not be effective until at least:

         (1) 10 days after the first Named Insured receives our notice, if we cancel for nonpayment of premium; or

         (2) 30 days after the first Named Insured receives our notice, if we cancel for any other reason.

D. Paragraph **6.** of the **Cancellation** Common Policy Condition does not apply.

E. The following are added and supersede any provision to the contrary:

   1. **Nonrenewal**

     We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal before the:

      a. Expiration date of the policy; or

      b. Anniversary date of the policy if the policy is written for a term of more than one year or without a fixed expiration date.

     However, if this policy is issued for a term of more than one year and for additional consideration the premium is guaranteed, we may not refuse to renew the policy at its anniversary date.

Nonrenewal will not be effective until at least 45 days after the first Named Insured receives our notice.

2. **Mailing Of Notices**

   a. If notice of cancellation or nonrenewal is mailed, a post office certificate of mailing will be conclusive proof that the first Named Insured received the notice on the third calendar day after the date of the certificate of mailing.

   b. The following applies with respect to coverage provided under the Farm Coverage Part:

     If the first Named Insured has affirmatively consented to our use of an electronic record to deliver notice of cancellation or nonrenewal and has not withdrawn such consent, then the electronic record delivering notice of cancellation or nonrenewal satisfies the requirement that the notice of cancellation or nonrenewal be provided, or made available, to the first Named Insured in writing if we send the first Named Insured the electronic record with a request for a return receipt and we receive the return receipt. If we do not receive the return receipt, we may cancel or nonrenew the policy only after providing or delivering the notice of cancellation or nonrenewal to the first Named Insured in writing, subject to Paragraph **2.a.** above.

  Copyright, ISO Properties, Inc., 2006  **IL 02 79 09 07**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. Paragraph **a.(2)(d)** of the **Who Is An Insured** Provision in **Section II – Liability Coverage** of the Garage Coverage Form is replaced by the following:

   **(d)** Your customers. However, if a customer of yours:

   **(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the following minimum limits specified by the Oregon financial responsibility law:

   **(A)** $60,000 for each "accident", which is the minimum combined single limit of liability; or

   **(B)** $25,000/50,000/10,000 for each "accident", which is the minimum split limits of liability.

   **(ii)** Has other available insurance (whether primary, excess or contingent) less than the following minimum limits specified by the Oregon financial responsibility law, they are an "insured" only for the amount by which such limits exceed the limit of their other insurance:

   **(A)** $60,000 for each "accident", which is the minimum combined single limit of liability; or

   **(B)** $25,000/50,000 for each "accident", which is the minimum split limits of liability.

2. Paragraph **b.(1)** of the **Out-Of-State Coverage Extensions in Section II – Liability Coverage** of the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms is replaced by the following:

   **(1)** Increase the Limit of Insurance for Liability Coverage to meet the minimum limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used, but this does not apply to any law governing motor carriers of passengers or property.

3. The following is added to the **Limit Of Insurance** Provision in **Section II – Liability Coverage** of the Business Auto, Motor Carrier and Truckers Coverage Forms and **Section II – Liability Coverage,** Paragraph **C.2. Limit Of Insurance – "Garage Operations" – Covered "Autos"** of the Garage Coverage Form:

We will provide primary insurance for a vehicle which you do not own if such vehicle is owned by a self-insurer as qualified under the Oregon Financial Responsibility Law.

**B. Changes In Conditions**

1. The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

If you and we disagree on the amount of "loss", both parties may agree to an appraisal of the "loss" and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2. The **Concealment, Misrepresentation Or Fraud** General Condition is replaced by the following:

a. Subject to Paragraphs **b.** and **c.** below, we will retain the right to deny a claim made by the insured or any other person if, whether before or after a loss, you have willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject of it, or your interest in it, or in case of any fraud or false swearing by you relating to it.

b. All statements made by you or on your behalf, in the absence of fraud, will be deemed representations and not warranties. No such statements that arise from an error in the application will be used in defense of a claim under this policy unless:

(1) The statements are contained in a written application; and

(2) A copy of the application is endorsed upon or attached to this policy when issued.

c. In order to use any representation made by you or on your behalf in defense of a claim under the policy, we must show that the representations are material and that we relied on them.

3. The following is added to the **General Conditions** of the **Other Insurance** Provisions of the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** of the Motor Carrier and Truckers Coverage Forms:

When coverage provided under a certificate of self-insurance is available, any motor vehicle liability insurance coverage we provide will be on a primary basis unless otherwise agreed to by the self-insurer.

POLICY NUMBER: GAR 2083559359

**COMMERCIAL AUTO**
**CA 22 36 03 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OREGON PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Oregon, this endorsement modifies insurance provided under the following:

  BUSINESS AUTO COVERAGE FORM
  GARAGE COVERAGE FORM
  MOTOR CARRIER COVERAGE FORM
  TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

### SCHEDULE

| Benefits | Limit Per Person |
|---|---|
| **Medical And Hospital Expenses** | $ 15,000 less deductible, if any |
| **Income Continuation Expenses** | $ 1,250 per month |
| **Loss Of Services Expenses** | $ 30 per day |
| **Funeral Expenses** | $ 5,000 |
| **Child Care Expenses** | $ 25 per day up to a maximum of $750 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

Coverage for medical and hospital expenses is subject to a deductible of $ _____ applicable to:
[A] You
[A] You and each "family member"
[A] You or "family member(s)" named below

We agree with you, subject to all of the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows:

**A. Coverage**

We will pay Personal Injury Protection benefits to an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of an "auto" as an "auto." Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

**1. Medical And Hospital Expenses**

All reasonable and necessary expenses incurred within one year from the date of the "accident" for medical, hospital, dental, surgical, ambulance and prosthetic services.

**2. Income Continuation Expenses**

70% of the "insured's" loss of income from work during a period of disability caused by

"bodily injury" sustained by such person in the "accident";

**a.** Such person was usually engaged in a paying occupation at the time of the "accident";

**b.** The period of such disability continues for at least 14 days; and

**c.** Income continuation expenses shall include only expenses for loss of income incurred from the date such disability commenced to the date on which such person is able to return to his usual occupation and is subject to a maximum payment period in the aggregate of 52 weeks.

**3. Loss Of Services Expenses**

Expenses reasonably incurred during a period of disability caused by "bodily injury" sustained by an "insured" in the "accident" for essential services that were performed by a

CA 22 36 03 06

Copyright, ISO Properties, Inc., 2005

**Page 1 of 4**
**UNIFORM**

person who is not related to the "insured" or residing in the "insured's" household in lieu of those such person would have performed without income; provided that:

a. Such person was not usually engaged in a paying occupation at the time of the "accident";

b. The period of such disability continues for at least 14 days; and

c. Loss of services expenses shall include only expense for such services actually rendered from the date such disability commenced to the date on which such person is reasonably able to perform such services and is subject to a maximum payment period in the aggregate of 52 weeks.

However, loss of services expenses shall not include child care expenses.

### 4. Funeral Expenses

Reasonable and necessary expenses for professional funeral services incurred within one year after the date of the "accident."

### 5. Child Care Expenses

Expenses reasonably incurred for the care of a minor child of an "insured" who has sustained "bodily injury" in the "accident," provided:

a. The "insured" is the parent of the minor child and is required to be hospitalized for a minimum of 24 hours; and

b. Payments begin after the initial 24 hours of hospitalization and are made for as long as the "insured" is unable to return to work if he or she is usually engaged in a paying occupation. If such person was not usually engaged in a paying occupation at the time of the "accident," then payment will continue for as long as he or she is unable to perform essential services that he or she would have performed without income.

## B. Who Is An Insured

1. You, if you sustain "bodily injury" while "occupying" a "private passenger auto" or, while a "pedestrian," through being struck by an "auto."

2. If you are an individual, any "family member" who sustains "bodily injury" while "occupying" a "private passenger auto" or, while a "pedestrian," through being struck by an "auto."

3. Any other person who sustains "bodily injury" while "occupying" or using the "covered auto" with your permission, or while a "pedestrian" through being struck by a "covered auto."

## C. Exclusions

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by any person:

a. Who intentionally causes injury to himself or herself; or

b. While participating in any prearranged or organized racing or speed contest or in practice or preparation for any such contest.

c. Who willfully conceals or misrepresents any material fact in connection with a claim for Personal Injury Protection benefits.

2. That results in the application of income continuation expenses and loss of service expenses, sustained by any "pedestrian" other than you or a "family member" in an "accident" which occurs outside the State of Oregon.

3. Arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

4. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

5. Sustained by you or any "family member" while "occupying" any "auto" you own or furnished or available for your regular use that is not a "covered auto," including a motorcycle or moped as defined in Oregon Statutes.

6. Sustained by a "family member" while "occupying" any "auto" owned by such "family member" or furnished or available for the "family member's" regular use that is not a "covered auto," including a motorcycle or moped as defined in Oregon Statutes.

## D. Limit Of Insurance

1. Regardless of the number of "insureds," policies or bonds applicable, claims made, premiums paid or "covered autos" to which this coverage applies, the most we will pay for Personal Injury Protection benefits for "bodily injury" sustained by any one "insured" in any one "auto" "accident" is the Limit Per Person amount shown in the Schedule.

   Copyright, ISO Properties, Inc., 2005   CA 22 36 03 06

2. Any amount paid under this coverage will be reduced by any amount paid or payable by any workers' compensation or any other similar medical or disability benefits law (excluding Medicare).

3. Any amount payable under this coverage to you or a "family member" will reduce any amount payable for damages under this Coverage Form's Uninsured Motorists Coverage.

4. Any amount paid under this coverage to an "insured" will reduce any amount the "insured" may be entitled to recover for the same damages under this Coverage Form's Liability Coverage.

5. Any amount payable for medical and hospital expenses shall be reduced by the amount of the deductible you may elect. If you elect a deductible, it will be shown in the Schedule. The deductible applies only to you and/or any "family member."

## E. Changes In Conditions

The **Conditions** are changed for **Personal Injury Protection** as follows:

1. The following is added to **Duties In The Event Of Accident, Claim, Suit Or Loss:**

   a. If an "insured" or his or her legal representative institutes legal action for damages for "bodily injury," he or she must promptly give us a copy of the summons and complaint or other process served in connection with the legal action.

   b. The "insured" or someone on his or her behalf must promptly give us written proof of claim, under oath if required, including:

      (1) Full particulars of the nature and extent of the "bodily injury," treatment and rehabilitation received and contemplated; and

      (2) Such other information that will help us determine the amount due and payable.

   c. The "insured" or his or her legal representative shall give us authorization, each time we request it, to obtain medical reports, copies of records and information with respect to loss of income.

   d. We may require that the "insured," as a condition for receiving income continuation expenses, cooperate in furnishing us reasonable medical proof of his or her inability to work.

2. The **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

The coverage provided in this endorsement is excess for:

   a. "Bodily injury" sustained by any "pedestrian," other than you or any "family member." This coverage is excess to the extent that amounts are paid or payable to or for such "pedestrian" under any collateral benefits, including but not limited to:

      (1) Insurance benefits under another policy issued by us or another company;

      (2) Governmental benefits (except Medicare benefits);

      (3) Gratuitous benefits; or

      (4) Oregon Personal Injury Protection benefits.

   b. "Bodily injury" sustained by you or any "family member" while "occupying" any "auto," other than the "covered auto," with respect to which Oregon Personal Injury Protection benefits are in effect.

3. The following Conditions are added:

   a. **Reimbursement And Trust**

      In the event of payment to any person of any benefits under this endorsement:

      (1) We shall be entitled to reimbursement or subrogation in accordance with the provisions of ORS 743.825, ORS 743.830 or Section 8 of Chapter 784 Laws 1975.

      (2) We are entitled to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of the "insured" against any person or organization legally responsible for the "accident," to the extent benefits were paid, less our share of expenses, costs and attorney's fees incurred by the "insured" in connection with such recovery.

      (3) The "insured" shall hold in trust for our benefit all his or her rights of recovery to the extent of benefits furnished.

      (4) The "insured" shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights.

      (5) If we request in writing, the "insured" shall take, through any representative not in conflict of interest with him or her, designated by us, such action as may be necessary or appropriate to recover such benefits furnished as damages from the person or organization legally responsible, such action to be taken in the name of the

"insured," but only to the extent of benefits furnished by us. In the event of recovery we shall also be reimbursed out of such recovery, for the "insured's" share of expenses, costs and attorney's fees incurred by us in connection with the recovery.

**(6)** The "insured" shall execute and deliver to us such instructions and papers as may be appropriate to secure the rights and obligations of the "insured" and us as established by this provision.

**b. Arbitration**

**(1)** If we and an "insured" disagree whether the "insured" is entitled to recover Personal Injury Protection benefits, or do not agree as to the amount payable under this coverage, then if both parties agree at the time of the dispute the matter shall be arbitrated.

In the event of arbitration, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree on the choice of the third arbitrator within 30 days, either may request that selection be made by a judge of a court of record in the county and state in which such arbitration is pending. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally. Costs to the "insured" of the arbitration proceedings shall not exceed $100, and all other costs of arbitration shall be borne by us. However, attorney's fees and fees paid to medical or other expert witnesses are not arbitration expenses, and are to be paid by the party incurring them.

**(2)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**c. Coordination And Nonduplication**

Any automobile medical payments coverage afforded under this Coverage Part is excess over any medical expense benefits paid or payable under this endorsement or any other automobile insurance policy covering "bodily injury" to an "insured."

**F. Additional Definitions**

As used in this endorsement:

**1.** "Covered auto" means a "private passenger auto" to which the "bodily injury" liability coverage of the policy applies and for which a specific premium is charged.

**2.** "Family member" means a spouse and any other person related to you by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as you.

**3.** "Occupying" means in or upon or entering into or alighting from.

**4.** "Pedestrian" means any person while not "occupying" a self-propelled vehicle other than a wheelchair or a similar low-powered motorized or mechanically propelled vehicle that is designed specifically for use by a physically disabled person who has a medical necessity for a wheelchair or other low-powered vehicle.

**5.** "Private passenger auto" means a four-wheel passenger or station wagon type "auto" not used as a public or livery conveyance and includes any other four-wheel "auto" of the utility, pick-up body, sedan delivery or panel truck type not used for wholesale or retail delivery other than farming, a self-propelled mobile home and a farm truck.

Copyright, ISO Properties, Inc., 2005

CA 22 36 03 06



# IMPORTANT INFORMATION

## POLICYHOLDER NOTICE

Notice to our Alaska Exempt Commercial Policyholders

The rates, rating plans, resulting policy premiums and policy forms are exempt from the prior approval filing requirements under the laws of the State of Alaska.

Notice to our Arizona Industrial Insured Policyholders

**Pursuant to Arizona Revised Statutes Section 20-400.10, this policy and the rates charged for it have not been filed with or approved by the Director of the Arizona Department of Insurance. Certain provisions of Arizona law, specified in Arizona Revised Statutes Section 20-400.10, do not apply to this policy. If the insurer that issued this policy becomes insolvent, insureds or claimants will not be eligible for Insurance Guaranty Fund protection pursuant to Arizona Revised Statutes Title 20.**

Notice to our Colorado Exempt Commercial Policyholders

**THE RATES, RATING PLANS, RESULTING PREMIUMS, AND THE POLICY FORMS FOR THIS POLICY ARE EXEMPT FROM THE FILING REQUIREMENTS UNDER COLORADO INSURANCE LAW AND THE RULES OF THE COLORADO INSURANCE COMMISSIONER.**

Notice to our District of Columbia Exempt Commercial Risk Policyholders

This policy is issued to an exempt commercial risk. The rate and policy form are not subject to the filing, review, and approval requirements of the Commissioner of the District of Columbia Department of Insurance and Securities Regulation.

Notice to our Georgia Large Commercial Risk Policyholders

The rates, rating plans or resulting premiums provided for in this policy are exempt from the filing and approval requirements of the Office of Commissioner of Insurance.

Notice to our Kentucky Exempt Commercial Policyholders

The rate provided for in this policy is exempt from the filing and approval requirements of Kentucky Revised Statutes Sections 304.11-020 to 304.11-050.

Notice to our Louisiana Special Commercial Entity Policyholders

The provisions of this policy are exempt from the form filing requirements of the Louisiana Insurance Code.

Notice to our Maine Large Commercial Policyholders

The contract provisions, rates and rating plans provided for in this policy are exempt from the filing and approval requirements of the Bureau of Insurance.

Notice to our Massachusetts Large Commercial Policyholders

The policy applied for is not subject to all insurance laws that apply to other commercial lines products and may contain significant differences from a policy that is subject to all insurance laws.

Notice to our Michigan Exempt Commercial Policyholders

This policy is exempt from the filing requirements of Section 2236 of the Insurance Code of 1956, 1956 PA 218, MCL 500.2236.

Notice to our Nebraska Exempt Commercial Policyholders

The policy forms have not been filed with or approved by the Nebraska Department of Insurance.

Notice to our New Hampshire Large Scale Commercial Insured Policyholders

The form of, and rates provided for in, this policy have not been filed with or approved by the New Hampshire Insurance Department.

Notice to our Pennsylvania Large Commercial Risk Policyholders

The form of, and rates provided for in, this policy are exempt from the filing and approval requirements of the Pennsylvania Department of Insurance.

Notice to our Rhode Island Commercial Special Risk Policyholders

The form of, and rates provided for in, this policy are exempt from the filing and approval requirements of the Rhode Island Department of Insurance.

Notice to our Washington Large Commercial Property Casualty Account Policyholders

The rates provided for in this policy have not and will not be filed with or approved by the Washington Department of Insurance.



# IMPORTANT INFORMATION

## FOR OUR COMMERCIAL AUTOMOBILE POLICYHOLDERS

Dear Customer and Agent:

Due to increasing requirements imposed by states for insurance reporting or verification, CNA requires detailed information for every vehicle insured on your policy. The following information must be provided for every vehicle insured by CNA prior to the effective date of coverage. Failure to provide this information may result in fines or suspension of your vehicle registration by the state.

- Year, make and model of each vehicle
- License Plate number assigned to the vehicle
- Complete Vehicle Identification Number (VIN) - in most cases 17 digits
- Registrant name for the vehicle as shown exactly on the registration documents for the vehicle

  If Registrant is an individual provide date of birth & Drivers License Number including the state of issue.

  If Registrant is other than a person – provide tax identification or Federal Employer Identification Number (FEIN)

- Registrant Address

Please call your agent or broker with this information.