UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
)  Case No. **09-60419-aer11**
**Country Coach, LLC** )
)  NOTICE OF DEBTOR'S
)  AMENDMENT OF MAILING MATRIX
)  OR SCHEDULES D, E, F, G OR H
Debtor(s) )

**I. GENERAL INSTRUCTIONS TO DEBTOR(S):**
  A. Use this ONLY to amend the mailing matrix or schedules regarding CREDITOR information. Do NOT use for other amendments!
  B. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) required if amending Schedule(s) D, E or F.
  C. IF case is CLOSED you MUST FILE: (i) a separate Motion to Reopen, (ii) a Motion filing fee, AND (iii) the amendment fee.

**II. IF FILING ON PAPER, INCLUDE THE FOLLOWING WITH THIS NOTICE:**
  A. The current FILING FEE for amending these schedules unless you are ONLY amending addresses of entities previously listed on filed Schedules (e.g., a fee is required when filing an amended mailing matrix to include creditors originally listed on a Schedule, but not given notice because you did not also include them on the original mailing matrix).
  B. Amendments to ONLY schedules D, E, F, G or H, with EACH labeled "SUPPLEMENTAL". LIST ONLY *AFFECTED* creditors!
  C. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) if amending Schedule(s) D, E or F.
  D. A separate mailing matrix filed per Local Form #104. INCLUDE ONLY the name/mailing address of each NEW creditor being ADDED!
  NOTES: (1) EACH category of amendment MUST be segregated AND clearly TITLED [for example: "New Creditors," "Changing Status" (indicate from what to what, e.g., from secured to unsecured), "Delete Creditors"]. (2) The debtor's name and case number MUST appear in the top of the FRONT of each paper SCHEDULE page, AND at the **TOP 1/2"** of the **BACK** of a paper MATRIX page. (3) Use Local Form #101 IF ONLY CHANGING the ADDRESS of a creditor who is ALREADY LISTED.

**III. SERVICE INSTRUCTIONS:**
  Serve each affected creditor with BOTH: (1) a copy of this notice, AND (2) a copy of ANY of the following documents already filed in this case and applicable to the chapter of the United States Bankruptcy Code under which this case is currently being administered:
  A. **(Applies to ALL chapters)** A Notice of the Meeting of Creditors THAT INCLUDES **ALL** **NINE** (9) DIGITS of any Soc. Sec. Number; AND each applicable amended schedule.
  B. **(Applies to ALL chapters)** A notice to each creditor whose name or address is being modified that BOTH: (1) clearly sets out all changes AND (2) tells the creditor that (s)he may write the court and further change his/her name or address by INCLUDING the debtor's case name AND case number, AND BOTH the newly amended name and address AND the correct information.
  C. **(Applies to ALL chapters where BOTH: (1) NEW creditors are being ADDED, AND (2) the time for filing a timely proof of claim or complaint under 11 USC §523(c) or 727 has expired)** A separate notification that adding the creditor may not result in discharge of the debt.
  D. **(Applies to ALL chapters where creditors are being DELETED)** A notice to each DELETED creditor that: (1) the creditor is being deleted and, if the creditor wishes to receive further notices, that (s)he must write the court making that specific request, INCLUDING the debtor's name, full case number, AND the creditor's own name and mailing address; AND (2) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
  E. **(Applies only to Chapter 7)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
  F. **(Applies only to Chapter 9 or 11)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
  G. **(Applies only to Chapter 9 or 11, and where EITHER: (i) a creditor is being DELETED; (ii) a creditor's claim STATUS is being changed [e.g., nondisputed to disputed]; OR (iii) the AMOUNT of creditor's claim is being REDUCED)** A notice to each affected creditor that a proof of claim must be filed by the later of either (1) 30 days from the service date of this notice, or (2) the latest time fixed by the court.
  H. **(Applies only to Chapter 9, 11 or 12)** The Notice of any pending hearing on a proposed disclosure statement, with attachments.
  I. **(Applies only to Chapter 9, 11, 12, or 13)** BOTH (1) the Notice of any pending confirmation hearing, and either all related documents required to be sent with that Notice or, in Chapter 13, any proposed plan; AND, if any, (2) the most recent confirmation order, confirmed plan, and approved disclosure statement.
  J. **(Applies only to Ch. 11, 12 or 13)** Any Notice of Modification of Plan, including attachments, if time for objection has not expired.

**IV. CERTIFICATE OF COMPLIANCE:**
  The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: **04/20/09**

**/s/ Brandy A. Sargent (OSB #045713)**
Signature
**Brandy A. Sargent, Stoel Rives, LLP (503) 224-3380**
Type or Print Signer's Name **AND** Phone No.
**135 East First Avenue, Junction City, OR 97448   Tax ID: 20-8447794**
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

728 (8/8/08)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **Country Coach, LLC**  ,  
Debtor

Case No. **09-60419**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,755,700.00 | | |
| B - Personal Property | Yes | 3 | 34,084,528.64 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 26,169,132.76 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 22 | | 460,489.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 41,018,335.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | | Total Assets | 40,840,228.64 | | |
| | | Total Liabilities | | 67,647,957.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Oregon

In re **Country Coach, LLC**, Debtor

Case No. **09-60419**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re    **Country Coach, LLC**   ,     Case No. **09-60419**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alaska Cascade Financial Services, Inc.** <br> **c/o Michael I. Flynn, PS** <br> **2005 Southwest 356th St.** <br> **Federal Way, WA 98023** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 2,643.41 |
| Account No. <br><br> **Bill Benetreu Company** <br> **c/o Jack A. Gardner** <br> **Gardner, Honsowetz, Potter, Budge & Ford** <br> **725 Country Club Road** <br> **Eugene, OR 97401** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 200,573.85 |
| Account No. <br><br> **Robert Bowen and Nita Gatlin** <br> **c/o Daniele Beauvais** <br> **5635 NE Elam Young Pkwy, Ste. 300** <br> **Hiilsboro, OR 97124** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 543,936.00 |
| Account No. <br><br> **Mark and Linda Brice** <br> **c/o Andrew Huntsinger** <br> **P.O. Box 33** <br> **Rogers, AR 72757** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 75,000.00 |
|   **6**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 822,153.26 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:30688-090310    Best Case Bankruptcy

In re  **Country Coach, LLC**　　　　　　　　　　　　　　　,　　　Case No. __09-60419__
　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel and Helen Cassiani**<br>**c/o J. Carlton Mitchell**<br>**Sivyer, Barlow & Watson**<br>**401 E. Jackson St., 2225**<br>**Tampa, FL 33602** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 451,525.00 |
| Account No.<br><br>**DaimlerChrysler Insurance Company/Dealer**<br>**c/o Melinda Davis**<br>**Denenberg & Tuffley**<br>**21 E. Long Lake Rd., Ste. 200**<br>**Bloomfield Hills, MI 48304** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 350,000.00 |
| Account No.<br><br>**Dew Enterprises**<br>**c/o John Evans**<br>**Evans & Franklin**<br>**3001 Old Minden Rd.**<br>**Bossier City, LA 71112** | | - | **Litigation Party (Amended Amount of Claim)** | | | | 1,118,330.00 |
| Account No.<br><br>**Thomas Michael Elrod**<br>**c/o Lawrence J. Hutchens**<br>**9047 Flower St.**<br>**Bellflower, CA 90706** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 1,129,176.00 |
| Account No.<br><br>**John and Dawn Ertz**<br>**c/o Lawrence J. Hutchens**<br>**9047 Flower St.**<br>**Bellflower, CA 90706** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 790,018.40 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,839,049.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Country Coach, LLC**   ,                         Case No.   __09-60419__
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles J. Farley<br>c/o Michael L. Stefani<br>512 E. Eleven Mile Rd.<br>Royal Oak, MI 48067** | | - | **Litigation Party (Amended Amount of Claim) Judgment on Appeal** | | | X | 191,784.00 |
| Account No.<br><br>**Susan Graham<br>275 Spyglass Dr<br>Eugene, OR 97401** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 4,000.00 |
| Account No.<br><br>**Michael and Peggy Hetman<br>c/o Hallen D. Rosner<br>Rosner & Mansfield<br>10085 Carroll Canyon Rd., Ste 100<br>San Diego, CA 92131** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 242,899.86 |
| Account No.<br><br>**Ronald and Donna Jones<br>c/o David Waite<br>703 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 7,250,000.00 |
| Account No.<br><br>**Clifford Malone and Silverstrand, LLC<br>c/o Clifford Malone<br>9725 Tanoan Dr. N.E.<br>Albuquerque, NM 87111** | | - | **Litigation Party (Amended Amount of Claim)** | | | X | 18,767.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **7,707,450.86**

In re  **Country Coach, LLC**                                  ,                Case No.   **09-60419**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McKinley Properties**<br>**c/o Allen Gardner**<br>**Gardner, Honsowetz, Potter, Budge & Ford**<br>**725 Country Club Road**<br>**Eugene, OR 97401** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 419,000.00 |
| Account No.<br><br>**McMahon's RV**<br>**c/o Adam K. Obeid**<br>**Ferruzzo & Ferruzzo, LLP**<br>**3737 Birch St., Ste. 400**<br>**Newport Beach, CA 92660** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 7,054,000.00 |
| Account No.<br><br>**Steven T. and Helen Mosiman**<br>**c/o Mark F. Anderson**<br>**Kemnitzer, Anderson, Barron, Ogilvie, Ba**<br>**445 Bush St., 6th Fl.**<br>**San Francisco, CA 94108** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 329,725.00 |
| Account No.<br><br>**Leonard Nikolai**<br>**c/o Vanessa J. Rush**<br>**Gruber, Hurst, Johansen & Hall**<br>**1445 Ross Ave., Ste. 2500**<br>**Dallas, TX 75202** | | - | **Litigation Party (Amended Amount of Claim)**<br>**Judgment entered** | | | X | 435,293.48 |
| Account No.<br><br>**Nicholas and Janet Noppert**<br>**c/o Aaron M. Phelps**<br>**P.O. Box 352**<br>**Grand Rapids, MI 49501** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 100,000.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **8,338,018.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Country Coach, LLC**                            ,    Case No.  **09-60419**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Juan and Maria Padilla**<br>**c/o Michael E. Lindsey**<br>**4455 Morena Blvd., Ste 207**<br>**San Diego, CA 92117** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 945,638.40 |
| Account No.<br><br>**James Petrillo**<br>**c/o William Gamage**<br>**Gamage & Gamage**<br>**231 South Third Street, Suite 285**<br>**Las Vegas, NV 89101** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 329,466.00 |
| Account No.<br><br>**John Powers**<br>**c/o Mark DePasquale**<br>**DePasquale & Schmidt, PLC**<br>**3300 N. Central Ave., Ste. 2070**<br>**Phoenix, AZ 85012** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 50,000.00 |
| Account No.<br><br>**John D. Robertson**<br>**c/o George S. Burns**<br>**4100 MacArthur Blvd., Ste. 305**<br>**Newport Beach, CA 92660** | | - | **Litigation Party (Amended Amount of Claim)** | X | X | X | 500,000.00 |
| Account No.<br><br>**Lorenze and Janice Roloff**<br>**c/o Woods & Aitken LLP**<br>**10250 Regency Circle, Ste 525**<br>**Omaha, NE 68114-9625** | | - | **Litigation Party (Amended Amount of Claim) (Corrected Address)** | X | X | X | 415,469.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,240,573.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Country Coach, LLC**                              ,   Case No.  **09-60419**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>SAF-Holland USA, Inc.<br>c/o Charyn K. Hain<br>Varnum<br>P.O. Box 352<br>Grand Rapids, MI 49501 | - | | **Litigation Party (Amended Amount of Claim) (Judgment Entered)** | | | X | 241,098.08 |
| Account No.<br><br>Marvin and Teresa Schwab<br>c/o Nathan I. Finkelstein<br>Finkelstein & Horvitz, P.C.<br>7315 Wisconsin Ave., Ste. 400 E.<br>Bethesda, MD 20814 | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 1,000,000.00 |
| Account No.<br><br>Southern Holding, LLC<br>c/o Richard Gateley<br>Bracket & Ellis<br>100 Main St.<br>Fort Worth TX   76102 | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 497,611.24 |
| Account No.<br><br>State Farm Mutual Automobile Insurance C<br>c/o John A. Locus<br>Gibson & Behman, P.C.<br>190 Washington St.<br>Middletown, CT 06457 | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 15,000.00 |
| Account No.<br><br>Doris and Jack Stephens<br>c/o Mark F. Anderson<br>Kemnitzer, Anderson, Barron, Ogilvie, Ba<br>445 Bush St., 6th Fl.<br>San Francisco, CA 94108 | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 50,000.00 |

Sheet no.  **5**  of  **6**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,803,709.32**

In re   **Country Coach, LLC**  ,   Case No. __**09-60419**__
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Donald Craig Stewart** <br> **c/o Candice C. Smith** <br> **Lamm & Smith, P.C.** <br> **3730 Kirby Dr., Ste. 650** <br> **Houston, TX 77098** | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 800,000.00 |
| Account No. <br> **Jonathan and Beverly Talbott** <br> **c/o Brendan P. Mitchell** <br> **300 Brickstone Square** <br> **P.O. Box 39** <br> **Andover, MA 01810** | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 486,000.00 |
| Account No. <br> **TNT Specialty Advertising** <br> **c/o Laura Montgomery** <br> **Gleaves Swearingen Potter & Scott LLP** <br> **P. O. Box 1147** <br> **Eugene, OR 97440-1147** | - | | **Trade Debt** <br> **(Judgment entered in amount of 92,734.19)** | | | | 92,734.19 |
| Account No. <br> **Theodore E. White** <br> **c/o R. Scot Brown** <br> **Brown, Crump, Vanore & Tierney** <br> **P.O. Box 1729** <br> **Raleigh, NC 27602** | - | | **Litigation Party (Amended Amount of Claim)** | X | X | X | 75,000.00 |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,453,734.19**

Total (Report on Summary of Schedules)   **26,204,688.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Country Coach, LLC**                                Case No.  **09-60419**
                    Debtor(s)                                 Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**39**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 20, 2009**               Signature  **/s/ Mark Andersen**
                                                  **Mark Andersen**
                                                  **Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

Brandy A. Sargent, OSB No. 045713
David B. Levant, *admitted pro hac vice*
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480
basargent@stoel.com
dblevant@stoel.com

Thomas A. Huntsberger, OSB No. 761804
Thomas A. Huntsberger PC
870 West Centennial Boulevard
Springfield, OR 97477
Telephone: (541) 746-6574
Facsimile: (541) 746-3201
tahunts@callatg.com

ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>COUNTRY COACH, LLC,<br><br>                                              Debtor. | Case No. 09-60419-aer11<br><br>Chapter 11<br><br>NOTICE OF DEBTOR'S AMENDMENT OF SCHEDULE F |

NOTICE IS HEREBY GIVEN that Country Coach, LLC, the Debtor and Debtor-in-Possession herein (the "**Debtor**") is amending Schedule F of its Bankruptcy Schedules.  The reason for the amendment is correctly list the amounts of certain general unsecured claims.

NOTICE IF FURTHER GIVEN THAT a copy of the AMENDED NOTICE OF CHAPTER 11 CASE and the relevant schedule entry is enclosed herewith.

NOTICE IS FURTHER GIVEN that the names and addresses of the Chairperson of the official Committee of Unsecured Creditors and its counsel are as follows:

<u>Creditors' Committee Chair</u>:

Mr. Randall Lay
Lazy Days RV Supercenter
6130 Lazy Days Boulevard
Seffner, FL  33584-2968

<u>Creditors' Committee Counsel</u>:

Mr. Douglas R. Schultz
PO Box 1147
Eugene, OR  97440

Dated: April 20, 2009

STOEL RIVES LLP

By:      /s/ Brandy A. Sargent
    Brandy A. Sargent, OSB No. 045713

Of Attorneys for Debtor

**FORM MB9F** (Corporation/Partnership) (8/8/08)
Case 09-60419-aer17    Doc 125-2    Filed 04/22/09

UNITED STATES BANKRUPTCY COURT
DISTRICT OF District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 26, 2009

Clerk, U.S. Bankruptcy Court

BY **trf** DEPUTY

# AMENDED Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) named below was **FILED ON 2/6/09.**
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office is forbidden by law from giving legal advice.

**SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS**

Debtor(s) (name(s) and address):

**Country Coach LLC**

POB 400
Junction City, OR 97448

**AMENDED NOTICE: PLEASE CHECK ALL DATES AND OTHER INFORMATION CAREFULLY!**

Case Number: **09-60419-aer11**

Last four digits of Social-Security or Individual Taxpayer-ID(ITIN) No(s)./Complete EIN:

Debtor(s) Attorney:
BRANDY A SARGENT
900 SW 5th Ave #2600
Portland, OR 97204
Telephone No.: (503) 224-3380

Trustee: None

## Meeting of Creditors
**April 21, 2009** AT **10:00 AM** IN **U.S. Trustee's Office, Room 1900, 405 E 8th Ave, Eugene, OR 97401**

### *Deadline* to File a Proof of Claim *(NOTE: Use form ENCLOSED with the ORIGINAL Notice!!)*
**July 6, 2009** for all creditors, except for governmental units who must file within 180 days after the date relief ordered.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
6/8/09

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Bankruptcy Clerk's Office:**
**Phone:** 541-431-4000    **Office Hours:** 9:00AM-4:30PM
**Paper Document Filing Location:** See Information on Back

**For the Court:** Clerk, U.S. Bankruptcy Court

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by or against the debtor(s) named on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | The Meeting of Creditors is scheduled for the date, time and location listed on the front side. The ***DEBTOR'S REPRESENTATIVE***, as specified in Bankruptcy Rule 9001(5), *must be present at the meeting to be questioned under oath by the trustee and by creditors* **OR THIS CASE MAY BE DISMISSED! <u>IMPORTANT NOTES</u>:** (1) This meeting is ***NOT*** held at the court; <u>AND</u> (2) **PHOTO ID WILL BE REQUIRED** for security! Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent or unliquidated, then you must file a Proof of Claim at the bankruptcy clerk's office by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | Confirmation of the Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means you may never try to collect the debt from the debtor except as provided in the plan. If you believe a debt owed to you is not dischargeable under Bankruptcy Code §1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and required filing fee by that Deadline. |
| **Bankruptcy Court Clerk's Office (Document Filing, and Copies)** | Any PAPER document that you file in this bankruptcy case (i.e., one not filed electronically via the Internet) must be filed at:<br>U.S. Bankruptcy Court<br>405 E 8th Ave #2600<br>Eugene, OR 97401<br><br>You may inspect all filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. A deputy clerk will make copies of paper documents for 50¢ a page (e.g., Schedules average $10). Additionally, but only in the Portland office as the Eugene vendor quit, you may make copies of paper documents for 15¢ a page. If the document is available as an electronic image, then you may make copies for 10¢ per page using a public access terminal at either court office. Written requests for copies of court documents must include a self addressed and stamped 9" x 12" envelope, a $26 search fee and the appropriate copy fee. |
| **Internet Access, Information and Legal Advice** | Court, and most case information, may also be accessed via the court's website at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your ***OWN*** attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice! |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have questions about your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

| UNITED STATES BANKRUPTCY COURT<br>District of Oregon | PROOF OF CLAIM | THIS SPACE IS FOR COURT USE *ONLY* |
|---|---|---|

Name of Debtor: Country Coach LLC

Case Number: **09-60419-aer11**

Name of Creditor (the person or other entity to whom the debtor owes money or property) (***NOTE***: STRIKE any preprinted text that is incorrect AND type or print correct information):

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim #** _____ *(if known)*

Filed on: _____

Name and address where notices should be sent:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone Number:

Name and address where payment should be sent (if different from above):

Telephone Number:

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:**
     (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:**

$_____ **Basis for perfection:**

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or(a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach ***NO MORE THAN FIVE (5),*** *8 ½ X 11 INCH, PAGES* of redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

DATE: | **SIGN** *AND* **PRINT** the name *AND* title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **MAIL CLAIM TO:**<br>Clerk, U.S. Bankruptcy Court<br>405 E 8th Ave #2600<br>Eugene, OR 97401

***NOTE*: DO NOT FILE CLAIM IF SAME ONE ALREADY FILED IN THIS CASE!!**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both - 18 U.S.C. §§ 152 and 3571.
* * * **OVER FOR INSTRUCTIONS** * * *

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be Completed in Proof of Claim Form

**Name of Debtor and Case Number:**
Fill in the the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach **NO MORE THAN FIVE (5) PAGES** to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's taxpayer-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim if it is filed on paper, or you may access the court's PACER system at http://ecf.orb.uscourts.gov for a small fee to view your filed proof of claim. Visit the PACER Service Center at http://www.pacer.psc.uscourts.gov to register if you do not have a PACER account.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**\* \* \* OVER FOR PROOF OF CLAIM FORM \* \* \***