# SUMMARY OF PROCEEDINGS & MINUTE ORDER

| | | |
|---|---|---|
| In re | Case No. **09-60419-aer11** | Date **8/26/09** |

**COUNTRY COACH LLC**

Judge **Radcliffe**
Court Reporter **FTR**
CrtRm Deputy **R Swierk**

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

AUG 2 6 2009

MATTER BEFORE THE COURT

**Motion to Incur Credit: re Insurance Premium Finance**

LODGED_____ REC'D_____
PAID_____ DOCKETED___

EVIDENTIARY HEARING:    ___ Yes   _x__ No

APPEARANCES: B. Sargent, Attorney for Debtor. G. Geiger, US Trustee's Office. L. Scott, Attorney for Wells Fargo Bank.

SUMMARY OF HEARING: BS - an agreement has been reached with the US Trustee. A stipulated order is being prepared. No objection from the Creditor's Committee.

GG - agreed.

LS - no objection.

DETERMINATION OF THE COURT:

Approved.

Counsel may tender their stipulated order.

# United States Bankruptcy Court
## District of Oregon

## CREDITORS, CREDITORS' REPRESENTATIVES & ATTORNEYS

Please Write or Print Legibly
and
Include Complete Address

Case **Country Coach LLC**    No. **09-60419 aer 11**

Date **8/26/09**

| Name | Firm/Address | Title |
|---|---|---|
| Ed Morgan | Guaranty RV | CFO |
| Loren Scott | Muhlheim Boyd | Atty for Wells Fargo |