# SUMMARY OF PROCEEDINGS & MINUTE ORDER

In re                   Case No. **09-60419-aer13**        Date **11/25/09**

**COUNTRY COACH, LLC**

Judge **Radcliffe**
Court Reporter **FTR**
CrtRm Deputy **J Wiskow**

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**NOV 2 5 2009**
LODGED_____ REC'D_____
PAID_____ DOCKETED_____

## MATTER BEFORE THE COURT

**Emergency Hearing on Motion to Convert**

EVIDENTIARY HEARING:  ___ Yes   _X_ No

APPEARANCES:

Wilson Muhlheim, Atty. For Cred. Wells Fargo
David Kurzweil, Atty. For Cred. Wells Fargo
Becky Kamitsuka, Atty. For UST
Doug Schults, Atty. For Creditors Committee
David Levant, Atty. For DIP
Thomas Huntsberger, Atty. For DIP
David Wade, Atty. For Cred. Lee Joint Ventures

SUMMARY OF HEARING:

Witness sworn                   See attached list

WM: One million dollars was deposited into Mr. Riley's account, not the Country Coach account. Wells Fargo will offer to hire security to keep the location secure until a trustee is appointed. RK: Request any order converting be delayed until Monday to secure appointment of a trustee. DW: Lee Joint Ventures lease was rejected, but they will work with the bank regarding the secured property. DL: Request that Mr. Howard and Mr. Anderson be allowed to return to their respective offices this weekend to continue business.

DETERMINATION OF THE COURT:

Case is converted to a Chapter 7 today. A separate order to be entered. The US Trustee will appoint a chapter 7 trustee as soon as possible. The request to allow Mr Howard and Mr Anderson unsupervised access to the premises is denied.