**Below is an order of the court.**

*Albert E. Radcliffe*
U.S. Bankruptcy Judge

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
NOV 2 5 2009
LODGED_____ REC'D_____
PAID_____DOCKETED___

UNITED STATES BANKRUPTCY
COURT District of Oregon

In re                              )
Country Coach LLC                  )   Case No. 09-60419-aer11
              Debtor(s)            )
                                   )   ORDER CONVERTING
                                   )   CHAPTER 11 CASE TO
                                   )   CASE UNDER CHAPTER 7
                                   )

A motion having been filed to convert the Chapter 11 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1    Mark Andersen, who represents the debtor in the capacity of Chief Financial Officer, is designated, pursuant to Fed. Rule of Bankruptcy Procedure 9001(5), to perform the duties imposed upon the debtor(s) by United States Code Title 11, the Fed. Rules of Bankruptcy Procedure, and this court's Local Rules.

2    The debtor **MUST FILE, WITHIN 15 DAYS of the above "FILED" date, ONLY AN ORIGINAL OF** all documents required by either the following pt. a. or pt. b.:

   a.    (1) A complete set of Schedules, Statement of Affairs, **detailing the debtor(s)' status** as of this conversion date AND (2) a <u>SEPARATE</u> Master Mailing Matrix (NO copy required), following Local Form #104, **LISTING ONLY NEW CREDITORS** whose unpaid debts were **INCURRED AFTER** filing of the Chapter 11 Petition **AND BEFORE** this date of conversion.

<u>OR</u> b. A Declaration, under penalty of perjury, stating that all previously filed Schedules, Statement of Affairs, and any amendments thereto, substantially reflect the condition of the debtor(s) and the estate on this date of conversion;

3    The United States Trustee shall appoint a Chapter 7 Trustee.

###