P. Rebecca Kamitsuka, OSB #933261
Attorney for the Acting U.S. Trustee
Office of the U.S. Trustee
Wayne L. Morse Courthouse
405 E. 8th Avenue, Suite 1100
Eugene, Oregon 97401-2706
Telephone: (541) 465-6330
Facsimile: (541) 465-6335

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re: | ) | Case No. 09-60419-aer7 |
|---|---|---|
| Country Coach, LLC, | ) | |
| Debtor. | ) | APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE |

Ken S. Eiler of PMB 810, 515 NW Saltzman Road, Portland, OR 97229 is hereby appointed as interim Chapter 7 trustee in the above-referenced case. The trustee's bond shall be the blanket bond on file with the United States Bankruptcy Court.

Dated this 30th day of November, 2009.

Respectfully Submitted,

ROBERT D. MILLER, JR.
Acting United States Trustee


*/s/ P. Rebecca Kamitsuka*
P. Rebecca Kamitsuka, OSB #933261
Attorney for the Acting United States Trustee

**Page 1 of 1** – APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

    I, P. Rebecca Kamitsuka, hereby certify, under penalty of perjury, as follows:

    1. On November 30, 2009, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon. To the best of my knowledge, information and belief, there is regular communication by First-Class mail between Eugene, Oregon, and the addresses shown below:

| | |
|---|---|
| ASE Supply Inc.<br>Attn.: Brent Grabinger<br>P. O. Box 30599<br>Portland, OR 97294-3599 | Mark Andersen<br>Country Coach LLC<br>P. O. Box 400<br>Junction City, OR 97448 |
| Kaitlyn Bolduc<br>c/o KEZI-TV<br>2975 Chad Dr<br>Eugene, OR 97408 | Buddy Gregg Motor Homes, Inc<br>c/o Fred VanDen Berg<br>11730 Snyder Road<br>Knoxville, TN 37932 |
| Jeff Butler<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR 97448 | Jim Caher<br>Attorney for CDI Vaults<br>767 Willamette St. #202<br>Eugene, OR 97401 |
| David Clyne<br>City Administrator<br>680 Greenwood St.<br>Junction City, OR 97448 | |
| Yolanda Cullar<br>P.O. Box 71462<br>Eugene, OR 97401 | John J. Dyer<br>3290 Northside Pkwy #400<br>Atlanta, GA 30327 |
| DaimlerChrysler Ins. Co./Dealerguard<br>c/o Melinda A. Davis Esq.<br>Eenenberg Tuffley PLLC<br>28411 Northwestern Hwy #600<br>Southfield, MI 48034 | Joe Dickey<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, OR 97448 |
| Rob Dickman<br>222 W First<br>Junction City, OR 97448 | Dolenga and Dolenga PLLC<br>30850 Telegraph Rd. #250<br>Bingham Farms, MI 48025 |
| Thomas Dunn<br>36 Cherokee Trail<br>Fletcher, NC 28732 | Kimberley A. Edge<br>40880 Via los Altos<br>Temecula, CA 92591 |
| Jon Edwards<br>94877 Tuftdahl Rd.<br>Junction City, OR 97448 | Farwest Steel Fabrication Co<br>c/o C.J. Lewis<br>P.O. Box 889<br>Eugene, OR 97440 |
| Brendan Gardiner<br>100 N.E. Adams Street<br>Peoria, IL 61629 | Joni Garrelts<br>4861 E Street<br>Springfield, OR 97478 |

**Page 1 of 5** – Certificate of Service

| | |
|---|---|
| Joel Gittelson<br>P. O. Box 443<br>Estacada, OR 97023 | Robert P. Goe, Esq.<br>Goe & Forsythe, LLP<br>660 Newport Center Driver, #320<br>Newport Beach, CA 92660 |
| William R. Greenhoot<br>1126 Gateway Loop, Ste 100<br>Springfield, OR 97477 | HWH Corporation<br>c/o Dan Boddicker<br>2096 Moscow Road<br>Moscow, ID 52760 |
| Tom Hinricks<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, OR 97448 | Debbie Hollembaek<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR 97448 |
| James Howard<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR   97448 | Jason Howard<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, OR 97448 |
| Matthew Howard<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR   97448 | James and Dianne Hughes<br>110 E Center St. #507<br>Madison, SD 57042 |
| Lawrence B. Hunt<br>Hunt & Associates PC<br>101 SW Main St, Suite 805<br>Portland, OR 97204 | IRS<br>Attn.: Susan Anderson<br>300 Country Club Rd #260<br>Eugene, OR 97401 |
| Ins. Co. of the State of Pennsylvania<br>Att.: Adam L. Rosen, Esq.<br>c/o SilvermanAcampora LLP<br>100 Jericho Quadrangle #300<br>Jericho, NY   11753 | Ronald & Donna Jones<br>c/o David E. Waite<br>703 Riverview Tower<br>900 S Gay St<br>Knoxville, TN 37902-1823 |
| David B. Kurzweil<br>3290 Northside Pkwy #400<br>Atlanta, GA 30327 | |
| Peggie Kegel<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR 97448 | David B. Levant<br>Stoel Rives LLP<br>600 University St #3600<br>Seattle, WA 98101 |
| John A. Locus<br>Attorney for State Farm Mutual Auto Ins Co<br>190 Washington Street<br>Middletown, CT   06457 | Lazy Days RV Supercenter<br>c/o Randall Lay<br>6130 Lazy Days Blvd.<br>Seffner, FL   33584-2968 |
| Charles Liles<br>Wells Fargo Business Credit<br>MAC N2642-020<br>400 Northridge Rd. #600<br>Atlanta, GA   30350 | Megan I Livermore<br>Gaydos Churnside & Balthrop<br>440 E. Broadway, Ste 300<br>Eugene, OR 97401 |

**Page 2 of 5** – Certificate of Service

| | |
|---|---|
| dba The Art of Glass Lundy-Medlin, Inc.<br>790 Blair Blvd.<br>Eugene, OR   97402 | Bruce Macintyre<br>Of Attorneys for Pacific Power and Light<br>1201 3rd Ave. #4800<br>Seattle, WA   98101-3099 |
| Rachael McDonald<br>c/o KLCC Radio<br>4000 E 30th Ave<br>Eugene, OR 97405 | McKinley Properties<br>c/o William R. Greenhoot<br>1126 Gateway Lp. #100<br>Springfield, OR 97477 |
| Steven Montgomery<br>P.O. Box 4586<br>Springfield, MO 65808 | |
| Tim Moomey<br>26316 Cherry Creek Road<br>Monroe, OR   97456 | Ed Morgan<br>c/o Guaranty RV<br>20 Hwy 99 S<br>Junction City, OR   97448 |
| Wilson Muhlheim<br>88 E Broadway<br>Eugene, OR 97401 | Gary R. Owens<br>Swartz Campbell LLC<br>Two Liberty Place, 28th Floor<br>50 S. 16th Street<br>Philadelphia, PA 19102 |
| Gary Obermiller<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR 97448 | Pacific Source Health Plan<br>c/o Kristin Kernutt<br>P.O. Box 7068<br>Eugene, OR 97401 |
| Charles Priddy<br>307 Mission Serra Ter<br>Chico, CA 95926-5125 | David & Amanda Ramsey<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, oR 97448 |
| Joel Scott<br>Dynagraphics, Inc.<br>300 NW 14th<br>Portland, OR   97209 | Suzanne Segui<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, OR 97448 |
| Don Shipp<br>P. O. Box 1285<br>Veneta, OR 97487 | James Smith<br>c/o Country Coach<br>P. O. Box 400<br>Junction City, OR 97448 |
| Frank Sutton<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR   97448 | TN Dept. of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN   37202-0207 |
| The Bill Benetreu Company<br>c/o Dawn R. Kosinski<br>1635 N 30th Street<br>Springfield, OR 97478 | David Wade<br>P. O. Box 11230<br>Eugene, OR 97440 |

**Page 3 of 5** – Certificate of Service

| | |
|---|---|
| WESCO Distribution Inc.<br>221 S 10th St<br>Lemoyne, PA 17043 | Wanda Warren<br>36 Cherokee Trail<br>Fletcher, NC 28732 |
| Patrick Weist<br>c/o Country Coach LLC<br>P. O. Box 400<br>Junction City, OR   97448 | Paul Williams<br>c/o Guaranty RV<br>20 Hwy 99 S<br>Junction City, OR   97448 |

2.       Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) (in addition to the United States Trustee) should be served electronically when the attached document is filed with the Court:

Brian M. Born, bborn@turnbullborn.com
      Attorney for E.B.Bradley Co.
Craig J. Capon, craig.j.capon@harrang.com
      Attorney for Albert E. Kane
Michael P. Cotter, mcotter@vanblk.com
      Attorney for David and Patricia Saunders
David E. Dean, ddean@grebb.com
      Attorney for McMahon's RV
E. Richard Dressel, rick.dressel@flastergreenberg.com
      Attorney for KeyBank Natl. Assoc.
Robert P. Goe, kmurphy@goeforlaw.com
      Attorney for McMahon's RV
Cody Hoesly, choesly@larkinsvacura.com
      Attorney for Prevost Car (US) Inc.
      Attorney for Prevost, a division of Volvo Group Canada Inc.
Thomas A. Huntsberger, tahunts@callatg.com
      Attorney for Debtor
Jay W. Hurst, jay.hurst@oag.state.tx.us
      Attorney for Texas Comptroller of Public Accounts
P. Rebecca Kamitsuka, becky.kamitsuka@usdoj.gov
      Attorney for United States Trustee
Scott J. Kaplan, sjkaplan@stoel.com
Christopher J. Kayser, cjkayser@larkinsvacura.com
Michael P. Kearney, mpk@kearneyatlaw.com
      Attorney for Industrial Finishes & Systems, Inc.
William L. Larkins, wlarkins@larkinsvacura.com
      Attorney for Prevost Car (US) Inc.
      Attorney for Prevost, a division of Volvo Group Canada Inc.
Megan I. Livermore, megan@oregonlegalteam.com
      Attorney for Dew Enterprises dba Campers RV Center
Carter M. Mann, cmann@robertskaplan.com
      Attorney for B. Riley & Company LLC
      Attorney for Riley Investment Management LLC
      Attorney for Riley Investment Partnership, LLC
      Attorney for Milfam I, LP
      Attorney for Lloyd I Miller, III
David B. Mills, davidbmills@comcast.ent
      Attorney for EPUD
Wilson C. Muhlheim, ecf@mb-lawoffice.com
      Attorney for Wells Fargo, N.A.
Rhonda L. Nelson, rln@severson.com
      Attorney for Bank of America N.A.
Lee C. Nusich, nusichl@lanepowell.com

**Page 4 of 5** – Certificate of Service

   Attorney for KeyBank Natl. Assoc.
R. Scott Palmer, rspalmer@wlrlaw.com
   Attorney for Megan Delancy Carmichael
   Attorney for William Gary Carmichael
Samuel R. Price, sprice@donahoeyoung.com
   Attorney for National General Assurance Company
Robert S. Russell, russell@gleaveslaw.com
   Attorney for TNT Specialty Advertising, Inc.
Brandy A. Sargent, basargent@stoel.com
   Attorney for Debtor
Tara J. Schleicher, tschleicher@fwwlaw.com
Douglas R. Schultz, schultz@gleaveslaw.com
   Attorney for Farwest Steel Corporation
   Attorney for Randall Lay
   Attorney for Unsecured Creditors Committee
Loren S. Scott, ecf@mb-lawoffice.com
   Attorney for Wells Fargo, N.A.
Donald R. Slayton, dslayton@scslaw.org
   Attorney for Prinz Ltd
Stephen T. Tweet, beth@albertandtweet.com
   Attorney for James W. Coachman Jr.
Patrick W. Wade, hhecfb@hershnerhunter.com
   Attorney for Debtor
Mindy L. Wittkop, mwittkop@dgnmw.com
   Attorney for Lee Joint Venture
   Attorney for Ron Lee

   Date: November 30, 2009

              /s/ *P. Rebecca Kamitsuka*
              P. Rebecca Kamitsuka, OSB #93326
              Attorney for the Acting U.S. Trustee