DISTRICT OF OREGON
**F I L E D**
December 21, 2009
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No._____ |
| | ) | |
| | ) | NOTICE OF INTENT TO Sell Property |
| | ) | at Public Auction and Compensate |
| | ) | Auctioneer; and Application to Employ |
| | ) | Auctioneer, **AND ORDER THEREON** |
| | ) | [NOTE: DO NOT use to sell personally |
| Debtor(s) | ) | identifiable information about individuals!] |

The undersigned trustee applies to employ _____,
whose address is _____,
as auctioneer for the purpose of selling the following assets of the estate, which to the best of the trustee's knowledge are either free of any encumbrance or the secured creditors have agreed to such sale, at public auction:

The trustee intends to sell the property at public auction on _____, beginning at _____, at _____.
The items for sale will be available for inspection from _____ to _____, on _____, at the auction site.  The auctioneer's commission will be _____ and if expense reimbursement is sought, such sum shall not exceed $_____.

For further information contact: _____.

To the best of the trustee's knowledge said auctioneer has no connections with the entities listed in the verification below, except as described therein.

DATE: _____                                    _____
                                                                            Trustee

I, the auctioneer named above, verify neither myself nor my firm has any connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows: _____
_____
_____.

I also certify I have complied with the U.S. Trustee's bonding requirements and neither I nor my insiders [per 11 U.S.C. §101(31)] will directly or indirectly acquire any interest in the estate property to be sold.

                                                                        _____
                                                                            Applicant

IT IS ORDERED that employment of the above-named auctioneer is authorized and said auctioneer must file a complete report on Local Form #753.52.

IT IS FURTHER ORDERED, AND NOTICE IS GIVEN, that the trustee will proceed with the auction as scheduled and pay the auctioneer within the above terms after the auctioneer files his report, without further notice or court order, unless within 23 days of the date in the "FILED" stamp on page 1, or at least 5 days prior to the auction, whichever is earlier, an interested party BOTH:  (1) files a written objection to the sale or auctioneer's compensation, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy thereof on the trustee at: _____
_____.

###