## SUMMARY OF PROCEEDINGS & MINUTE ORDER

In re                              Case No.   09-60419-aer11              Date 1/26/10

**COUNTRY COACH LLC**

|  |  |
|---|---|
| Judge | Radcliffe |
| Court Reporter | FTR |
| CrtRm Deputy | J Wiskow |

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JAN 2 6 2010
LODGED_____ REC'D_____
PAID_____ DOCKETED___

MATTER BEFORE THE COURT

Trustee's Motion to Sell Real or Personal Property Free & Clear; All Assets (693); Trustee's Notice of Intent to Sell Property at Public Auction and Compensate Auctioneer; and Application to Employ Auctioneer Commercial Industrial Auctioneers (695); Trustee's Motion to Settle and Compromise (700); Trustee's Motion Sell Real or Personal Property Free & Clear (722); Trustee's Motion to Settle and Compromise (724)

EVIDENTIARY HEARING:   ___ Yes   _X_ No

APPEARANCES:

Kenneth Eiler, Tr.
Carter Mann, Atty. For Riley & Co LLC
Jeff Misley, Atty. For Lane County
David Wade, Atty. For Lee Joint Ventures
David Kurzweil, Atty. For Wells Fargo
Wilson Muhlheim, Atty. For Wells Fargo
Rebecca Kamitsuka, Atty. For UST

SUMMARY OF HEARING:

Witness sworn                          See attached list

KE: Parties have resolved the objections filed. The trustee will circulate and submit an approved order for the court. DW: Creditor, Lee Joint Venture, requests an order be entered allowing their sale. There is still a pending issue regarding disposal of some hazardous waste on site. There is also some question regarding bills received from Lane County. CM: Riley & Co, Inc requests that part of the order regarding the auction include a statement that the equipment that is to be detached from the building be professionally done to prevent damage to the building. JM: Lane County was not noticed as part of the bankruptcy case. KE: Parties have recognized the outstanding amounts owing Lane County. RK: US Trustee has no position on the motions to sell.

DETERMINATION OF THE COURT:

The employment of the auctioneer is approved. The sales and settlements are approved. The notice of intent to sell filed January 25, 2010 will be approved if no timely objections are received. If the amounts owing to Lane County are not settled by the time of the sale, that money is to be impounded until that matter is resolved. The parties may submit orders as they feel appropriate.

# United States Bankruptcy Court

# District of Oregon

## CREDITORS, CREDITORS' REPRESENTATIVES & ATTORNEYS

Please Write or Print Legibly
and
Include **Complete** Address

Case _Country Coach LLC_    No. _09-60419_

Date _1-26-10_

| Name | Firm/Address | Title |
|---|---|---|
| Ken Eiler | | Trustee |
| Carter Mann | Roberts Kaplan | Atty for RJM |
| Jim Jowan | Eugene | |
| Rob Dickman | Les Schwab | Owner |
| Terry Lee | Lee Joint Venture | Partner |
| Debbie Hollenbeck | CCL | Self |
| Jeff Butler | CC | |
| Gary Obermire | CCL | |
| Frank Sutton | CCL | |
| Jennifer Sutton | CCL | |
| Jim Cooley | CCL | |
| Larry Hank | CCL | |
| Paul Migchelbrink | FWW | Atty - Capital Holdings |
| Jay Howard | CCL | ? |

# United States Bankruptcy Court

# District of Oregon

## CREDITORS, CREDITORS' REPRESENTATIVES & ATTORNEYS

Please Write or Print Legibly
and
Include **Complete** Address

Case_____ No._____

Date_____

| Name | Firm/Address | Title |
|---|---|---|
| David Wade | Gartland Nelson | Lee Joint Venture |
| Patrick Wiest | | |
| Chris Kayser | Larkins Vacura | Prevost |
| Charlie Cl... | Wells Fargo | |