UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                            )
COUNTRY COACH LLC                )    Case No. 309-60419AER7
                                 )
                                 )    NOTICE OF INTENT
                                 )    TO ABANDON
Debtor(s)                        )

1.  The trustee proposes, per 11 U.S.C. Sect. 554, to abandon the following estate property:

    all records currently stored with Continuity Data, Inc. in Eugene, OR consistency of approximately 4000 boxes of paper records and electronic media

2.  The trustee believes that (check *ALL* applicable sections):

    [x]   a.   Such property is burdensome to the estate;

    [ ]   b.   There is no equity for the estate in such property;

    [ ]   c.   Such property is of inconsequential value to the estate.

3.  A brief description of the details relating to the checked section(s) in pt. 2 are: Continuity Data has filed for relief the stay to foreclose its lien on the subject property. The bankruptcy estate does not need these records and does not want to assume the burden of maintaining or destroying these records. In addition, Continuity Data claims that it is entitled to payment of $39,489 before the records could be released to the debtor.

4.  The trustee certifies that EITHER (check ONE):

    [ ]   a.   This is a no-asset case, **AND** an Amended Inventory and Report of Assets will be PROMPTLY FILED if appropriate; OR

    [x]   b.   Further administration of other assets is still required.

**NOTICE IS GIVEN** that unless within 16 days of either the date in the "FILED" stamp above OR, if none, the Trustee's date below, an interested party BOTH: (1) files a written objection to such abandonment, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy thereof on the trustee KENNETH S. EILER, PMB 810, 515 NW SALTZMAN RD, PORTLAND, OR 97229  503-292-6020;  kenneth.eiler@7trustee.net                                         ,
(name, address and phone number)
the property described above shall be deemed abandoned on the 21st day after that date.

DATE: January 27, 2010                    /s/ KENNETH S. EILER
                                          KENNETH S. EILER, Trustee

751 (12/1/09)